FILED

NOV 0 3 2023

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

1    UNITED STATES DISTRICT COURT

2    For the

3    SOUTHERN DISTRICT OF INDIANA

4    Sherry Ann Wiley                                    Case No.

5        **PLAINTIFF**    1:23-cv-1986-RLY-KMB    (to be filled in by the Clerk's Office)

6    Vs.

7    **Department of Veterans Affairs**          Jury Trial: (check one):    YES    NO

8        Denis Richard McDonough, Director

9        (responsible for his organization, named and unnamed employees)

10       Mona Bossi, ESQ. Counsel for the VA        **HATE CRIME**

11       Christine Savage                          **SLAVERY**

12       Rhonda Stanton                            **THEFT**

13   **Internal Revenue Service (IRS)**           **HUMAN TRAFFICKING**

14       Danny Werfel, Director                    **IDENTITY THEFT**

15       (responsible for his organization, named and unnamed employees)

16                                                 **CIVIL RIGHTS**

17   **Federal Bureau of Investigations (FBI)**   **FRAUD**

18       Christopher A. Wray (responsible for his organization, named and unnamed employees)

19   **Marion Police Department**                 **ANTITRUST**

20       Angela Haley, Chief   (responsible for her organization, named and unnamed employees)

21       Detective Josh Zigler                     **PRIVACY RIGHTS**

22       Detective Mark Stefanatos, Supervisor     **HIPAA RIGHTS**

23       Officer Tyler Hartzell                    **CONSTITUTIONAL RIGHTS**

| | |
|---|---|
| 1 | **U. S. Department of Energy**              MENTAL ANQUISH |
| 2 | Jennifer Granholm, Director (responsible for her organization, named and unnamed employees) |
| 3 | Katherine Paige, Director of DOE – EERE Grants  **SEXUAL HARRASMENT** |
| 4 | **Department of Energy OIG employees**         **EXPLOITATION** |
| 5 | Teri Donaldson, Inspector General (responsible for her organization, named and unnamed |
| 6 | employees)                              **DEFAMATION** |
| 7 | Scottie Williams, Director |
| 8 | Scott Williams, Supervisor for Case Managers |
| 9 | **Department of Energy FOIA and Appeals,** FOIA Requester Service Centers, FOIA Public |
| 10 | Liaisons, And FOIA Officers (and employees) |
| 11 | Ingrid A. Kolb**, Chief FOIA Officer** (responsible for her organization & unnamed employees) |
| 12 | **U. S. SBA (U. S. Small Business Administration)** |
| 13 | Isabella Casillas Guzman, Administrator (responsible for her organization & unnamed |
| 14 | employees) |
| 15 | **The U.S. Department of Health & Human Services (HHS)** |
| 16 | Xavier Becerra, Secretary (responsible for his organization & unnamed employees) |
| 17 | **HVAF (HELPING VETERANS AND FAMILIES)** |
| 18 | Emmy Hilderbrand, CEO (responsible for her organization & unnamed employees) |
| 19 | 964 N Pennsylvania Street |
| 20 | Indianapolis, IN 46204 |
| 21 | 317-951-0688 |
| 22 | HVAF@HVAF.org |
| 23 | **Brightpoint's SSVF** |

1   Kim Carpenter, *Vice-Chairperson*

2    227 East Washington Boulevard

3   Fort Wayne, IN 46802

4   260-423-3546 / 800-589-3506

5   **Noblesville Mayor's Administration**

6   Chris Jensen, Mayor

7   Chad Knecht, Public Safety Director

8   16 S 10th Street

9   Noblesville, IN 46060

10   317 776-6324

11

12

13   **Division Chief of Noblesville Firehouse**

14   James Macky, Division Chief Firehouse, (responsible for his organization & unnamed

15   employees)

16    D. Parker, Paramedic

17   Public Safety Building

18   135 S 9th Street

19   Noblesville, Indiana 46060

20   (317)770-1419

21   **Brightpoint's SSVF**

22   Kim Carpenter, *Vice-Chairperson*

23   Melissa McClure, Assistant Director for SSVF Homeless Program

1    Tattenai Hall, Housing Case Manger

2    227 East Washington Boulevard

3    Fort Wayne, IN 46802

4    **Flying J's Pilot Travel Center**

5    James A. Haslam II, Founder and Chairman Emeritus (responsible for her organization &

6    unnamed employees)

7    Eric Sunshimer, Assistant Manager

8    Tiffany Bisher, General Manager

9    5508 Lonas Drive

10   Knoxville, Tennessee 37939

11   **AND**

12   6255 State Rd 18

13   Marion, IN 46952

14   (765) 673-0059

15   media.relations@pilotflyingj.com

16   **HVAF (HELPING VETERANS AND FAMILIES)**

17   Emmy Hilderbrand, CEO (responsible for her organization & unnamed employees)

18   Claire Neal, Housing Case Manager

19   Bryan Dysert, COO

20   964 N Pennsylvania Street

21   Indianapolis, IN 46204

22   **Uber Technologies Headquarters/ Uber Eats Deliveries**

23   1515  3rd Street

1    San Francisco, CA 94103

2    **Midwest Bartenders School**

3    5759 East 86th Street

4    Indianapolis, IN  46250

5    Richard Devlin, President

6    Cliff Rawley, Senior Instructor

7    **Sandusky Police Department**

8    222 Meigs Street

9    Sandusky, Ohio  44870

10    (419) 627-5863

11    Jared Oliver, Chief of Police

12

13

**PARTIES' CONTACT LIST**

1

2 U. S. Department of Veterans Affairs

3 Denis McDonough, Secretary of Veterans Affairs

4 1600 Pennsylvania Avenue NW, Washington, DC 20500

5 (202) 456-1111

6

7 Mona Bozzi, Counsel for Palo Alto VA Regional Medical Center

8 Palo Alto VA Regional Medical Center

9 3801 Miranda Ave building 6, Palo Alto, CA 94304

10 (650) 493-5000

11

12 Christina Savage, Case Manager for VA San Jose, CA

13 Palo Alto VA Regional Medical Center

14 3801 Miranda Ave building 6, Palo Alto, CA 94304

15 (650) 493-5000

16

17 Rhonda Stanton, Supervisor for Case Managers, VA San Jose, CA

18 Palo Alto VA Regional Medical Center

19 3801 Miranda Ave building 6, Palo Alto, CA 94304

20 (650) 493-5000

21 U. S. DEPARTMENT OF THE TREASURY, Internal Revenue Service (IRS)

22 Danny Werfel, Director (responsible for his organization & unnamed employees)



1    1500 Pennsylvania Avenue, NW

2    Washington, D.C. 20220

3    (202) 622-2000/ 1-800-829-4933

4    **And**

5    1111 Constitution Ave. NW

6    Washington, DC 20224

7

8    U. S. Federal Bureau of Investigations Headquarters

9    Richard Wray, Director (responsible for his organization & unnamed employees)

10   935 Pennsylvania Avenue, NW

11   Washington, D.C. 20535-0001

12   (202) 324-3000

13

14   Marion Police Department

15   Marion Municipal Building

16   301 S Branson St #196

17   Marion, IN 46952

18   Angela Haley, Chief

19   Marion Municipal Building

20   301 S Branson St #196

21   Marion, IN 46952

22

23   Detective Josh Zigler

1    Marion Municipal Building

2    301 S Branson St #196

3    Marion, IN 46952

4

5    Detective Mark Stefanatos, Supervisor

6    Marion Municipal Building

7    301 S Branson St #196

8    Marion, IN 46952

9

10   Officer Tyler Hartzell

11   Marion Municipal Building

12   301 S Branson St #196

13   Marion, IN 46952

14

15   U. S. Department of Energy

16   Jennifer Granholm, Director (responsible for her organization, named and unnamed employees)

17   1000 Independence Avenue, SW

18   Washington, DC  20585

19   202-586-5000

20

21   U. S. Department of Energy

22   Katherine Page, Director of DOE – EERE Grants       S. A. W.

1    1000 Independence Avenue, SW

2    Washington, DC  20585

3    202-586-5000

4

5    U. S. Dept. of Energy, Office of Inspector General

6    Teri Donaldson, Inspector General (responsible for her organization, named and unnamed

7    employees)

8    1000 Independence Avenue, SW

9    Washington, DC  20585

10   202-586-1818

11

12   U. S. Dept. of Energy, Office of Inspector General

13   Scottie Williams, Director of DOE OIG (responsible for his organization, named and unnamed

14   employees)

15   1000 Independence Avenue, SW

16   Washington, DC  20585

17   202-586-1818

18

19   U. S. Dept. of Energy, Office of Inspector General

20   Scott Williams, Case Manager Supervisor (responsible for his organization, named and unnamed

21   employees)

1    1000 Independence Avenue, SW

2    Washington, DC  20585

3    202-586-1818

4

5

6

7    Department of Energy FOIA and Appeals employees

8    Ingrid A. Kolb, Chief FOIA Officer (responsible for her organization, named and unnamed

9    employees)

10    FOIA Requester Service Center

11    1000 Independence Avenue, SW

12    Washington, DC 20585

13    Phone: 202-586-5955

14    Fax: 202-586-0575

15

16    U. S. SBA (U. S. Small Business Administration)

17    Isabella Casillas Guzman, Administrator (responsible for her organization & unnamed

18    employees)

19    409 3rd St SW

20    Washington, DC 20416

21    1-800-827-5722

22

S.A.W.

1    The U.S. Department of Health & Human Services (HHS)

2    Hubert H. Humphrey Building

3    Xavier Becerra, Secretary

4    200 Independence Avenue, S.W.

5    Washington, D.C. 20201

6    Toll Free Call Center: 1-877-696-6775

7    **HVAF (HELPING VETERANS AND FAMILIES)**

8    Emmy Hilderbrand, CEO (responsible for her organization & unnamed employees)

9    964 N Pennsylvania Street

10    Indianapolis, IN 46204

11    317-951-0688

12    HVAF@HVAF.org

13

14    **Brightpoint's SSVF**

15    Kim Carpenter, *Vice-Chairperson*

16    227 East Washington Boulevard

17    Fort Wayne, IN 46802

18    260-423-3546 / 800-589-3506

19

20    **Noblesville Mayor's Administration**

21    Chris Jensen, Mayor

22    Chad Knecht, Public Safety Director

23    16 S 10th Street

1  Noblesville, IN 46060

2  317 776-6324

3

4

5  **Division Chief of Noblesville Firehouse**

6  James Macky, Division Chief Firehouse, (responsible for his organization & unnamed

7  employees)

8  D. Parker, Paramedic

9  Public Safety Building

10  135 S 9th Street

11  Noblesville, Indiana 46060

12  (317)770-1419

13

14  **Brightpoint's SSVF**

15  Kim Carpenter, *Vice-Chairperson*

16  Melissa McClure, Assistant Director for SSVF Homeless Program

17  Tattenai Hall, Housing Case Manger

18  227 East Washington Boulevard

19  Fort Wayne, IN 46802

20

21  **Flying J's Pilot Travel Center**

22  James A.  Haslam II, Founder and Chairman Emeritus (responsible for her organization &

23  unnamed employees)

S.A.W.

1    Eric Sunshimer, Assistant Manager

2    Tiffany Bisher, General Manager

3    5508 Lonas Drive

4    Knoxville, Tennessee 37939

5    **AND**

6    6255 State Rd 18

7    Marion, IN 46952

8    (765) 673-0059

9    media.relations@pilotflyingj.com

10

11    **Uber Technologies Headquarters/ Uber Eats Deliveries**

12    Dara Khosrowshahi, CEO

13    1455 Market Street

14    Suite #400

15    San Francisco, CA 94103

16    1-800-253-9377

17

18    **Midwest Bartenders School**

19    5759 East 86th Street

20    Indianapolis, IN  46250

21    Richard Devlin, President

22    Cliff Rawley, Senior Instructor

23    **Sandusky Police Department**

1    222 Meigs Street

2    Sandusky, Ohio  44870

3    (419) 627-5863

4    Jared Oliver, Chief of Police

5

1    **COMPLAINT FOR A CIVIL CASE JURISDICTION**

2    **Basis for Jurisdiction**.

3    The basis for Jurisdiction for this case would fall under 28 U.S.C, 1331, based on the following

4    definition from the USC House Code, https://uscode.house.gov/view.xhtml?req=granuleid:USC-

5    1994-title28-section1331&num=0&edition=1994).

6

7    From Title 28-JUDICIARY AND JUDICIAL PROCEDUREPART IV-JURISDICTION AND

8    VENUE CHAPTER 85-DISTRICT COURTS; JURISDICTION.  Jump To:Source

9    CreditAmendmentsEffective DateCross Reference

10    **§1331. Federal question**

11    **The district courts shall have original jurisdiction of all civil actions arising under the**

12    **Constitution, laws, or treaties of the United States.**  (June 25, 1948, ch. 646, 62 Stat. 930 ;

13    July 25, 1958, Pub. L. 85–554, §1, 72 Stat. 415 ; Oct. 21, 1976, Pub. L. 94–574, §2, 90 Stat.

14    2721 ; Dec. 1, 1980, Pub. L. 96–486, §2(a), 94 Stat. 2369 .)

15    **AND**

16    **28 U.S. Code § 1332 - Diversity of citizenship; amount in controversy; costs**

17    **(a)**The district courts shall have original jurisdiction of all civil actions where the matter in

18    controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is

19    between—

20    **(1)** citizens of different States;

21    **(2)** citizens of a State and citizens or subjects of a foreign state, except that the district courts

22    shall not have original jurisdiction under this subsection of an action between citizens of a State

1  and citizens or subjects of a foreign state who are lawfully admitted for permanent residence in

2  the United States and are domiciled in the same State;

3  **(3)** citizens of different States and in which citizens or subjects of a foreign state are additional

4  parties; and

5  **(4)** a foreign state, defined in <u>section 1603(a) of this title</u>, as plaintiff and citizens of a State or of

6  different States. (Cornell Law School; <u>https://www.law.cornell.edu/uscode/text/28/1332</u>)

7  This case also speaks on the Violation of my Constitutional, Human Rights and Civil Rights and

8  the government employees and parties who physically reside in other states as well as in the

9  State of Indiana.

10  Both the Federal Question stated (28 U.S.C 1331) above and the Diversity of Citizenship 28

11  U.S.C. 1332), both have relevant jurisdictional matter in this case.

12  Also since the Damages, Torts and Compensatory Relief, as well as Criminal Charges I'm

13  seeking, the amounts are well over $75,000, which ***also qualifies this case to be heard as both A***

14  ***Federal Question and Diversity of Citizenship, here at this U. S. District Court for the***

15  ***Southern District of Indiana, Indianapolis, Indiana. (so, both boxes are checked.)***

16  **ALSO**

17  **Under 42 U.S.C. 1983, 42 U.S. Code § 1983 - Civil action for deprivation of rights**

18  Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any

19  State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of

20  the United States or other person within the jurisdiction thereof to the deprivation of any rights,

21  privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured

22  in an action at law, suit in equity, or other proper proceeding for redress, except that in any

1    action brought against a judicial officer for an act or omission taken in such officer's judicial

2    capacity, injunctive relief shall not be granted unless a declaratory decree was violated or

3    declaratory relief was unavailable. For the purposes of this section, any Act

4    of Congress applicable exclusively to the District of Columbia shall be considered to be a statute

5    of the District of Columbia.  (R.S. § 1979; Pub. L. 96–170, § 1, Dec. 29, 1979, 93 Stat.

6    1284; Pub. L. 104–317, title III, § 309(c), Oct. 19, 1996, 110 Stat. 3853.)

7    (https://www.law.cornell.edu/uscode/text/42/1983)

8

9    "Under Bivens vs. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S.

10    388 (1971), you may sue federal officials for the violation of certain constitutional rights." (This

11    U.S. District Court's INSD Pro Se Civil Rights Complaint Form).

12    I'm bringing this lawsuit against several Federal Officials (A Bivens Claim); and State or Local

13    Officials (a section 1983 claim).

14    Included in the above citations, the claims I'm alleging are listed below as the offenses along

15    with "Deprivation of rights, privileges and immunities secured by the Constitution and Federal

16    laws: (next page)

17

18

19    **HATE CRIME defined by the U. S. Department of Justice:**

20    "The term "hate" can be misleading. When used in a hate crime law, the word "hate" does not

21    mean rage, anger, or general dislike. In this context "hate" means bias against people or groups

22    with specific characteristics that are defined by the law.

At the federal level, hate crime laws include crimes committed on the basis of the victim's

perceived or actual race, color, religion, national origin, sexual orientation, gender, gender

identity, or disability.

Most state hate crime laws include crimes committed on the basis of race, color, and religion;

many also include crimes committed on the basis of sexual orientation, gender, gender identity,

and disability. ***This statement will be defined in the body of my actual complaint following***

***these sections.***

## CRIME

The "crime" in hate crime is often a violent crime, such as assault, murder, arson, vandalism, or

threats to commit such crimes. It may also cover conspiring or asking another person to commit

such crimes, even if the crime was never carried out.

*Under the First Amendment of the U.S. Constitution, people cannot be prosecuted simply*

*for their beliefs. People may be offended or upset about beliefs that are untrue or based*

*upon false stereotypes, but it is not a crime to express offensive beliefs, or to join with*

*others who share such views. However, the First Amendment does not protect against*

*committing a crime, just because the conduct is rooted in philosophical beliefs."*

(https://www.justice.gov/hatecrimes/learn-about-hate-crimes) ***This statement will be***

***defined in the body of my actual complaint following these sections.***

### HUMAN TRAFFICKING defined by the U.S. Department of Justice:

**"What is Human Trafficking?**

Human trafficking, also known as trafficking in persons, is a crime that involves compelling or

coercing a person to provide labor or services, or to engage in commercial sex acts. The coercion

1   can be subtle or overt, physical or psychological.  Exploitation of a minor for commercial sex is

2   human trafficking, regardless of whether any form of force, fraud, or coercion was used.

3                                           **Victim-Survivors**

4   There is no single profile of a trafficking victim. Victims of human trafficking can be anyone—

5   regardless of race, color, national origin, disability, religion, age, gender, sexual orientation,

6   gender identity, socioeconomic status, education level, or citizenship status.  But as is the case in

7   many crimes of exploitation and abuse, human traffickers often prey upon members of

8   marginalized communities and other vulnerable individuals, including children in the child

9   welfare system or children who have been involved in the juvenile justice system; runaway and

10  homeless youth; unaccompanied children; persons who do not have lawful immigration status in

11  the United States; Black people and other people of color; American Indians, Alaska Natives,

12  Native Hawaiians, Pacific Islanders, and other indigenous peoples of North America; Lesbian,

13  Gay, Bisexual, Transgender, Queer, and Intersex (LGBTQI+) individuals; migrant laborers;

14  persons with disabilities; and individuals with substance use disorder.

15                                       **(Human) Traffickers**

16  **Just as there is no one type of trafficking victim, perpetrators of this crime also vary.**

17  **Traffickers can be foreign nationals or U.S. citizens, family members, partners,**

18  **acquaintances, and strangers. They can act alone or as part of an organized criminal**

19  **enterprise. People often incorrectly assume that all traffickers are males; however, the**

20  **United States has prosecuted cases against women traffickers. Traffickers can be pimps,**

21  **gang members, diplomats, business owners, labor brokers, and farm, factory, and company**

22  **owners.** (https://www.justice.gov/humantrafficking/what-is-human-trafficking)

1    *Also, Government employees such as Christina Savage and Mona Bossi employees of the*

2    *Department of the VA, Palo Alto, CA; FBI agents; police officers; who have knowledge of the*

3    *trafficking happening and doing nothing about it.  This statement will be defined in the body*

4    *of my actual complaint following these sections.*

5                                                    **FRAUD**

6         *"Fraud is both a <u>civil</u> <u>tort</u> and <u>criminal</u> wrong.*

7         *In civil <u>litigation</u>, <u>allegations</u> of fraud might be based on a misrepresentation of fact that*

8         *was either <u>intentional</u> or <u>negligent</u>.  For a statement to be*

9         *an <u>intentional</u> misrepresentation, the person who made it must either have known the*

10        *statement was false or been <u>reckless</u> as to its truth.  The speaker must have also intended*

11        *that the person to whom the statement was made would rely on it.  The hearer must then*

12        *have <u>reasonably relied</u> on the promise and also been harmed because of that <u>reliance</u>.*

13        *A claim for fraud based on a <u>negligent</u> misrepresentation differs in that the speaker of the*

14        *false statement may have actually believed it to be true; however, the speaker*

15        *lacked <u>reasonable</u> grounds for that belief.*

16        *A <u>promise</u> that goes unfulfilled may give rise to a claim for fraud only under particular*

17        *circumstances.  For example, in California law, a false promise is only fraudulent if*

18        *the <u>promisor</u> intended both not to perform on the promise and also that that*

19        *the <u>promisee</u> would rely on the promise; and, the promisee must have <u>reasonably</u> relied*

20        *on the promise and been harmed as a result of that <u>reasonable reliance</u>.  When the*

21        *promise was made as part of a <u>contract</u>, most states forbid a plaintiff from recovering*

22        *under both contract law and tort law.*

1   *Lastly, opinions are not usually actionable as fraud except under very specific*

2   *circumstances defined by either the <u>common law</u> or <u>statutes</u> in each state.  <u>In California,</u>*

3   *<u>for example</u>, a jury may be <u>instructed</u> that an opinion can be considered a representation*

4   *of fact if it is proven that the speaker "claimed to have special knowledge of the subject*

5   *matter" that the listener did not have; OR that the representation was made "not in a*

6   *casual expression of belief, but in a way that declared the matter to be true;"* **OR if the**

7   **speaker was in a position of "trust and confidence" over the listener; OR if the listener**

8   **"had some other special reason to expect" the speaker to be reliable.**  *Once*

9   *the <u>jury</u> decides that an opinion qualified as a misrepresentation of fact under the*

10  *circumstances, the <u>plaintiff</u> must still demonstrate all of the other elements of an*

11  *intentional or negligent misrepresentation already described, such as reasonable*

12  *reliance and resulting harm." (Cornell Law School,*

13  https://www.law.cornell.edu/wex/fraud)

14  This is very much relevant, because it specifies the State of California where both Mona Bossi,

15  ESQ for the Dept of VA, and Christina Savage, Case Manager for the Dept of VA resides and

16  worked when the stealing of my identity occurred.  Being a Certified Lawyer for the VA and

17  Certified Case Manager for the VA, in the state if California, both were or should have been

18  aware of their statements, promises and action regarding stealing my life by switching the files.

19  So, their actions were far past negligible, because both gave me papers to show my medical

20  records stated either "no record found" or no wrong, misleading, derogatory entries had been

21  made.  This action was also certified by Rhonda Stanton, Supervisor for Christina Savage.

22  Rhonda's approval certification was documented on all Christina Savages' entries into my

23  medical file.  Christina's actions were intentional and approved by Rhonda Stanton.  This was

1    intentional.  The Actions of Christina Savage, Rhonda Stanton and Mona Bozzi set the stage for

2    the rest of my life and ALL the events that dominoes afterwards.

3    This is why the U.S. Dept. of Energy (U.S. DOE); U.S. DOE OIG; the Human Traffickers, the

4    FBI, ALL Law Enforcement, and others, found their justification for the stalking, false police

5    reports, false federal reports, lack of protection when I called 9-1-1 or the FBI, and the identity

6    theft, antitrust theft, from human traffickers. *These statements will be defined in the body of my*

7    *actual complaint following these sections.*

8                                           **THEFT**

9    "Theft is the taking of another person's <u>personal property</u> with the <u>intent</u> of depriving that person

10    of the use of their property. Also referred to as <u>larceny</u>."

11    (<u>https://www.law.cornell.edu/wex/theft</u>).  Because Christina, Mona and Rhonda stole my

12    identity, California Human Traffickers were alerted. Unbeknown to me at the time, but now in

13    hindsight – very relevant. *This statement will be defined in the body of my actual complaint*

14    *following these sections.*

15                                          **SLAVERY**

16    "Slavery is the practice of forced labor and restricted <u>liberty</u>. It is also a regime where one class

17    of people - the slave owners - could force another - the slaves - to work and limit their liberty.

18    Throughout history, some forms of slavery existed as punishment for committing crimes or to

19    pay off debts. In the United States, individuals were forced into slavery, born into slavery, and

20    were slaves for life based on their race...." (<u>https://www.law.cornell.edu/wex/slavery</u>).

21    When Christina, Mona and Rhonda stole my identity, I became a target to law enforcement,

22    Human Traffickers and the point of interest for all other hate crime, thefts, crimes and assaults to

23    be aimed at me, *because* with Zina's diagnosis, I was no longer a creditable, upstanding citizen

1  of the United States.  With Zina's diagnosis, I became a threat to society.  So, these people also

2  stole my identity by making false FBI and police reports, false Homeland security reports

3  originating at the San Francisco International Airport when I tried to fly out Oct 2017 to Hawaii,

4  and illegally banned me from obtaining federal, state, county and city grants for my businesses,

5  *(S. A. Wiley Sustainable Fresh Farmed Fish Hatchery, LLC; 84-4571730, started 01/01/2020*

6  *in Birmingham, Alabama; and Restore & Evolve, LLC, 87-3961761, started 12/13/2021, in*

7  *Centerton, Arkansas)* and approved or gave my hard work to other people lying saying they

8  were the owners of my U.S. DOE grants (2), and owners of my 2 businesses.  Again, all *These*

9  *statements will be defined in the body of my actual complaint following these sections.*

10

11  **<u>ANTITRUST defined by the U.S. Department of Justice</u>**

12  <u>The Antitrust Laws</u>

13  The Antitrust Division enforces federal antitrust and competition laws. These laws prohibit

14  anticompetitive conduct and mergers that deprive American consumers, taxpayers, and workers

15  of the benefits of competition.

16  <u>The Sherman Antitrust Act</u>

17  This law prohibits conspiracies that unreasonably restrain trade. Under the Sherman Act,

18  agreements among competitors to fix prices or wages, rig bids, or allocate customers, workers, or

19  markets, are criminal violations. Other agreements such as exclusive contracts that reduce

20  competition may also violate the Sherman Antitrust Act and are subject to civil enforcement.

21  The Sherman Act also makes it illegal to monopolize, conspire to monopolize, or attempt to

22  monopolize a market for products or services, An unlawful monopoly exists when one firm has

1  market power for a product or service, and it has obtained or maintained that market power, not

2  through competition on the merits, **but because the firm has suppressed competition by**

3  **engaging in anticompetitive conduct**. Monopolization offenses may be prosecuted criminally

4  or civilly.

5

6

7  <u>The Clayton Act</u>

8  This law prohibits mergers or acquisitions whose effect may be to substantially lessen

9  competition. All persons considering a merger or acquisition above a certain size must notify

10  both the Antitrust Division and the Federal Trade Commission that they intend to transact. The

11  Clayton Act also prohibits other business practices that may harm competition such as exclusive

12  contracts, requirements ties that require a customer to buy additional products or services from a

13  seller, or serving as a director for a competitor.

14  **The Act also allows the United States to recover treble damages when it has suffered**

15  **injuries as a result of a violation.**(U. S. Dept. of Justice, <u>https://www.justice.gov/atr/antitrust-</u>

16  <u>laws-and-you</u>). T*hese statements will be defined in the body of my actual complaint following*

17  *these sections.*

18

19

20

21

22

1    **STATEMENT OF CLAIM**

2    **AFFILIATE CASES and DOMINO CASCADE, "CAUSE AND EFFECT" BY THE VA**

3    **EMPLOYEES and FORMAL COMPLAINT,**

4    *This Complaint is written in HINDSIGHT.  Most of the events that I detail, I did not know*

5    *was happening at the time it was happening. Its only after August 18, 2023 for some events*

6    *and 7 years later for most events, that I now have the missing pieces to the puzzle why my life*

7    *spun out of control, while I was living my TRUE life, but on paper and through VA records*

8    *that was published and circulated within the HMIS (Homeless Management Information*

9    *Systems) data bases Nationally under HHS (U. S. Department of Human and Health*

10   *Services), law enforcement databases, community, city, state and federal data bases*

11   *WITHOUT my knowledge or consent and with Zina's medical health information that was*

12   *SWITCHED with mine, stealing my life, my identity, making me a target to Human*

13   *Traffickers, Crips of Birmingham, Crips of Cleveland, Ohio, Warlords of Cleveland, Ohio,*

14   *Gangs, Thefts, RAPISTs and all types of Law Enforcement, FBI and Homeland Security in*

15   *California, Hawaii, Alabama, Louisiana, Arkansas, Ohio and now Indiana, harassment, Hate,*

16   *Slavery, Identity Theft, Theft, AntiTrsut, Fraud, Constitutional Rights Violations, Civil Rights*

17   *Violations, Mental Anguish, Defamation, HIPAA Rights Violation, Privacy Rights Violations*

18   *and Exploitation.*

19   My decades of work experience, my reputation as an upstanding citizen,  college education and

20   professional graduate level certifications, volunteering, participating in events, marriage

21   (***married only once***) to David Martin Wiley,  April 4, 1987 to September 1996,  my three grown

22   children, my grandbabies, my  divorce - September 1996, everything pertaining to me, etc., ***on***

23   ***paper, and in data bases, and regions where my family, relatives and church family were not***

1   *around to contradict*, **ERASED**, and switched with Zina's life history, mental illnesses,

2   diagnosis, run-ins with law enforcement, and her life style ***intentionally.***

3   Christina Savage; Mona Bozzi, and Rhonda Stanton switched my records, facilitated, or had

4   knowledge that my identity, my livelihood was gone by this action, with another female Marine

5   soldier by the name of Zina, starting August 2016, in San Jose, California VA Medical Center, in

6   which *I was unaware until <u>approximately August 18, 2023</u> when I went to Indianapolis VA*

7   *Regional Medical Hospital to get a copy of my records and get a copy of the lists which detail*

8   *every person who requested, made entry into, or looked into my VA medical record with or*

9   *without my permission.* I had to go through the Eligibility's office to do this.  What I got was my

10  details, calm, sane, uneventful entries up until August 16, 2023, where Zina's information was

11  entered and all these diagnosis, doctor's visits, institutionalizations, prescriptions, **none of which**

12  **were mine, pops up into my records.**

13  ***Everything from this point forward is Hindsight Understanding and Information.***

14  Going through and living life during these times and events, I had no clue what was actually

15  happening or going behind the scenes.  I was living my TRUTH, and lies, false information in

16  police records, my VA records, Federal, state, county, and city records entries of false

17  information regarding me that was made public to law enforcement, non-profits, community

18  organizations, churches, was prohibiting my LIFE, my civil liberties, human liberties,

19  constitutional liberties, being a citizen liberties, because I was portrayed on paper and in public

20  as a **THREAT** to society,  that enabled law enforcement to stalked me, treated as a threat, talked

21  to and engaged me hostilely, and treat me as a mentally ill person, humiliating me in every

22  encounter in public places for all to see.

S. A. W.

1   In this complaint, this will be so relevant in Birmingham, Alabama; Strongsville, Ohio;

2   Sandusky, Ohio; Marion, Indiana Police Departments.  Noblesville, Indiana; Honolulu, Hawaii;

3   Kapolei, Hawaii; Birmingham, Alabama; Harvey, Louisiana; Centerton, Arkansas; San

4   Francisco International Airport, California; San Jose Airport, San Jose, California;  and with

5   Homeland Security Hawaii; Homeland Security San Francisco Internal Airport, California

6   regarding the FBI in all the cities states mentioned above.

7   This Case is based on *"CAUSE and EFFECT"* and the allegation listed on the first page of this

8   complaint. BECAUSE of Christina Savage, Mona Bossi, Rhonda Stanton's actions of intentional

9   Identity Theft, Intentional Hate Crime, in switching my medical record history with Zina, a

10  female marine officer, who was severely traumatized on her third tour into Afghanistan by her

11  fellow marines raping her, have caused my TRUE life to STOP and live Zina's nightmare with

12  all the above stated entities and defendants.

13  Zina and I were neighbors in San Jose, CA, August 2016.  Zina was/is a black female officer

14  who was in the Marines. She went to Afghanistan three times.  The first two tour of duty, she

15  went and came back fine.  The third tour, she was severely and repeatedly raped by her fellow

16  marine brothers in Afghanistan, and her upper chain of command was either involved or did

17  nothing to help her.  She severely beat and injured most of them, but couldn't fight them all.

18  This sent her into deep psychosis.

19  I am so very PROUD of her for trying to continue and live her life dealing with what she went

20  through in another country where other men were already trying to kill her.  Her family of

21  marines should have had her back instead of raping her.

22

S.A.W.

1    I'm an Honorably Discharged U. S. Army, Black Female Veteran with Awards and

2    Recommendations.  Collectively 9 years with the Army, Army Reserves, and Army National

3    Guard, as an E4 Chaplain's Assistant. Married once, while I was serving my Country to David

4    Martin Wiley, and 8 ½ years later divorced.  David was also in the U. S. Army and later when

5    we got out of the military, became a policeman for the City of Hamilton Ohio Police Department

6    for 3.5 years, while we were married.  This is my only marriage.  There are no Common law

7    marriage(s), nor have I ever been betrothed to anyone. I'm a mother of 3 grown children with

8    grandchildren. My Father – Deceased, August 6, 2021, a Minister at Philippian Baptist Church,

9    Evanston, Ohio.  My mother was a Nurse for over 50 years in Cincinnati, Ohio.  She died

10    October 20, 2020. Author.  20+ years as an Administrative, Medical Secretary, and Executive

11    Assistant through Kelly Services and Josephine Professional Staffing temporary agencies

12    collectively. My educational background, I have studied 3 years collectively in my dual Majors

13    of Molecular Cell Biology /Biological Sciences (depending on the college you refer to), and

14    Biological Psychology.  Bachelors not completed yet.  I have 2 graduate level certifications in

15    Advance Pathophysiology: Hematology and Advanced Pathophysiology: Intro. To Pathology.  I

16    was studying to become a Pathologist and/or Etiologist.  I'm interested in the physiology, tissue,

17    blood, immunology, mechanisms, chemical processes, and body processes, of how humans and

18    animal bodies response to disease, colds, flu, COVID, tissue damage and

19    restoration/regeneration of a gene or cascade mechanisms of 2nd messengers for the living and

20    the dead. I was blessed to shadow a Pathologist in Norwood, Ohio in summer of 2010, and

21    understand autopsies and total chemical analysis. How one person can die from a disease and

22    another person in the same environment can be a carrier and not have symptoms or not be

23    infected at all, while in the same environment. $\mathcal{SAW}$.

1

2   Zina and I are 2 separate women who served in the military.  Me, in the U. S. Army; Army

3   National Guard and Army Reserves 9 years, and Zina as a U. S. Marine Officer.

4

5   ***August 18, <u>2023</u> is when I finally received a copy of my VA medical file from the Indianapolis***

6   ***VA Medical Center 's eligibility's office when I re-signed up to be able to see my medical***

7   ***records online***.  My first enrollment was blocked and I was unable to get in until this date.

8   Eligibility created a new login and password to access my account.

9   Because of the afore named 3 VA employee's action, the following cases have transpired,

10  because Christina Savage switched my identity with Zina stealing my Life; Later my businesses'

11  stolen, Restore & Evolve, LLC, EIN #87-3961761, and S. A. Wiley Sustainable Fresh Farmed

12  Fish Hatchery, LLC, EIN#84-4571730, and all the aforementioned crimes listed in my

13  allegations against the defendants happened to me with little or no police or law enforcement

14  assistance.  They actually encouraged it, you'll see when you finish reading my complaint.

15

16  In this Complaint, whenever you read how a man refer to me as "his wife", these are the Human

17  Traffickers, Crips of Cleveland, Ohio, Warlords of Cleveland, Ohio, rapists,  thugs, Klan

18  members, that have been stalking me,  gassing me in my car and in my apartments, drugging and

19  raping me, rendering me UNCONSCIOUS, and unable to defend or protect myself.  In my

20  apartment, while at UAB Hospital, VA Hospital, and in my car.  You will read how I found: a

21  chemical box in my a/c unit in my car; a tracker with a kill switch underneath my driver-side

22  dash board where all the wires and fuse box meets; cameras in my car, my radio stopped working

23  because it was used as a hearing device, and added wiring behind the radio that ran through the

1    inside roof of the car to the trunk, not for the lights, but as a conduct for the gas to permeate

2    throughout the whole car.  How a motor remotely controlled inside of my A/C unit in my

3    apartment or attic of my duplex home was disbursing gas.  How I found a device connected to

4    my refrigerator in my duplex and apartment, that was remotely controlled and used to gas me

5    inside my home.

6

7    The gas they use is surgery strength.  You don't feel anything.  Your body is numb. You feel

8    slightly loopy when you wake up.  Your ankles are swollen from the absorption of the gas in

9    your body and you have fluctuance.  I couldn't understand why some night Loki, my dog and I

10    wake up feeling like this.  I couldn't understand why or how my mirrors, my glasses, and

11    windows had a film on them daily, when I cleaned regularly.  I had to scrub to clean the residue

12    off them. Residue from the gas being in excess in my car and apartment.  Loki (my dog) and I

13    use to walk 6 to 8 miles a day to stay healthy, and ate foods known to be an astringent for the

14    blood and nature's antibiotics, because I couldn't understand what was happening and

15    everybody, every entity I went to for help protected them.  My neighbors. The Police. The

16    Sherriff.  The FBI. Nobody helped us.  You will read and understand all of this. But me living

17    this during these times, I had no idea, and didn't understand what was happening.  I couldn't

18    understand why I was being targeted.  Hindsight, Christina, Mona, and Rhonda set me up and

19    created this environment when they switched my VA medical records with Zina's, and circulated

20    this in national, state, federal, county, city, and community data bases.  This was and is pure Hate

21    Crime.  They knew this would stop my livelihood, and render all my life's hard work useless.

22    This Identity theft was intentional.

23

1   *This Complaint is written from events from 2016 to present. Not all events are listed. I will*

2   *detail them in Court, because this Complaint is already 72 pages long, and I need for this*

3   *court to read and understand everything.*

4

5   August 2016 – September 2016, worked as an Administrative Assistance, with duties as an

6   Actuary Trainee, for the Director of an Insurance company through Josephine Professional

7   Staffing, 2158 Ringwood Ave. San Jose, CA 95131. Christina Savage contacted my Director and

8   my assignment was immediately terminated approximately September 7th, 2016.

9   November 2016 – January 2017, I worked for Goodwill, Silicon Valley, CA through their

10  company solely for seasonal work. I wasn't retained because Christina contacted my manager.

11  January 2017 – February 2017, Worked as an Administrative Secretary for the President and

12  Administrative Offices for Registered Nurses Professional Association – a Nurse's Union for

13  Santa Clara, CA, through Josephine Professional Staffing. A shirtless guy upset the whole

14  building when he went floor to floor saying he was going to blow up the building if his "wife"

15  didn't come outside. Security and police locked down the building. He was stopped when he got

16  to my floor. Our building was a secure building, so when he tried to come in, he couldn't come

17  in. He and security were fighting in the hallway. The then President of the organization and staff

18  asked me who he was. I had no ideal. I told them, I've never seen him before, and I'm not

19  married. In Hindsight the Human Traffickers referred to me as their wife as I stated earlier in

20  this Complaint. This man stopped on the floor I worked and was right outside my office door of

21  the company. This is where security trapped and removed him from the area. I didn't know that

22  then. Today, now, that situation makes sense. This was one of the Human Traffickers or gang

1    member.  Then I was just as bewildered as they were.  I was not fired from that position.  I

2    completed that temporary assignment.

3

4    When I caught the Train/subway or bus, the Transportation Police would always zero in on me.

5    Stand close to me like I was a threat.  Whenever I asked what was going on, they'd comment,

6    "Just protecting and serving the community".  Their body language, this behavior, one hand on

7    their gun, standing in front of me, staring me down,  made me feel uneasy and everyone on the

8    rail or bus feel uneasy.  Like something was about to happen to me.  They clearly understood that

9    the police considered me to be a bad person.   I was always looked at as a suspect or a person in

10   trouble with police.  I reached out to San Jose, CA Transportation Authority, the Mayor, and the

11   officers themselves and they would all tell me, just Protecting and Serving.  They knew I had no

12   idea what was going on.  They knew and saw that my behavior was not suspect.  They all

13   portrayed me as a person of interest or a threat to society.  The people in the community would

14   pick up on their behavioral cues and consider me a bad person.  They cautiously walked around

15   me like I was going to hurt them or make comments of how intense that was.  I sincerely

16   believed that I was going to get shot on the rail.  This was Zina's profile.  *So, they have her*

17   *listed as a "threat" to society.  They superimposed her medical diagnosis, her life and likeness*

18   *over onto mine, ruining my reputation and my life.*

19

20   They defamed me by their actions and body language.  Every time I caught public transportation

21   they would zero in on me and this would happen.  There was not one time I took public

22   transportation and this didn't happen.

S.A.W.

Page **32** of **90**

U.S. District Case _____

Wiley vs Dept. of VA

1    I had a 1995 Ford Explorer, but if I was going to certain places where it was more convenient, or

2    if I was low on gas or had no money for gas, I would take public transportation.  Especially

3    during festivals, I would take public transportation.

4    Christina would just say, I'm not from California, so they automatically protect outsiders.  But

5    they were protecting the public and acting like I was the threat.  Christina knew what was

6    happening, because she uploaded the information into the HMIS data bases and the other data

7    bases Law enforcement used.

8

9    **October 5-7, 2017, Homeland Security - San Francisco International Airport**.  Canceled my

10    flight to Honolulu Hawaii because, *"my husband/my attorney"*, contacted them and told them I

11    was a threat (because of Zina's diagnosis), and I would freak out during the flight and start

12    hurting people.  That I had several mental diagnoses, that I was a marine with a "Secret Security

13    clearance", well versed in defense, so to tased me if they had to. This was Zina's background.

14    She was an African American woman, a marine, who worked in Logistic Special Ops.

15    Completed 3 tours to Afghanistan. First 2 tours, she went and came back fine. The 3rd, she was

16    RAPED by her fellow marines.  She beat the snot of most of them, but they over powered her

17    and raped her repeatedly. Sent her into psychosis. Ruined her life and career. She is definitely

18    my hero! She has/had flash backs, and beat up the men who tried to constrain her. ***So, they have***

19    ***her listed as a "threat" to society.***

20    So, all this was superimposed on me, when the human traffickers contacted Homeland Security

21    and I was illegally detained and prevented from flying out of the airport.  Homeland Security

22    canceled my flight/ticket and was not going to reimburse me. They came with dogs. I had a pet

23    rabbit and we were in the food court area looking out the window eating when they approached

1   me.  They humiliated me.  They put me on their "No Fly" list.  I called the airport CEO and

2   Channel 8 news. Explained I was being aggressively detained and I had no ideal why.   The

3   reporter intake person was so excited, because she felt it would make a great report since this

4   was October, and Veteran's Day, November 11th was coming up, and because I was a female

5   veteran.  She was thinking about her career, which at that point, I didn't care, I just wanted to get

6   on my flight to Hawaii.  She called Homeland Security, the CEO of the airport, and they came up

7   there.  Homeland Security and the airport CEO reimbursed me for my missed flight and booked

8   me on another flight, but they kept me on the "No Fly" list. I didn't know this, until I had

9   problems trying to fly back to the states (main land).  (So, this triggered me federally for

10  everything I did in Hawaii.  Including me calling the FBI in Kapolei, HI, to report me being

11  Human Trafficked.  They didn't believe me.  I went to Hawaii for a job offer. I was offered a job

12  as an Assistant Director for Arcadia Assisted Living. *My offer was denied because my*

13  *background came back as me being on Homeland's Security No Fly List and with Zina's*

14  *diagnosis, but all they said was that my background failed and I was no longer considered for*

15  *the position. At this time I had no knowledge about what Mona, Christina and Rhonda from*

16  *VA had done and that Homeland Security had placed me on their "no fly" list.)*

17  Everything that occurred at the San Francisco International Airport happened in 2 days. October

18  5 to October 7, 2017.  I literally spent the night in the airport while they illegally detained me in

19  the food court area.

20  When the news came up there, I was on a flight within hours. The human traffickers called the

21  Honolulu International Airport Security Night Manager. Left A Message on his personal,

22  unlisted cell phone he played for me when I got to Honolulu at approximately 10:33 p.m. It was

23  a guy named Lavern or something like that, yelling at the night manager to put me back on a

plane or he would kill him and his whole family.  He said he would pay him and the pilot extra

for making me get back onto the plane when I walked off.  He said to tell me that Hawaii would

not accept my pet rabbit and I didn't have the correct papers for her. (In Hawaii, if you bring a

pet without shot records, etc., within a 7 day period of getting there, they would immediately

send you back to where ever you came from.  It's their law). He was yelling on the night

manager's voicemail.  He had a heavy Russian type accent.  It was hard to understand every

word he was saying.)  The pilot, the crew, ALL welcomed me when I got on the flight to Hawaii,

and when I got off the airplane, the whole crew shook my hand.  The pilot escorted me to the

night security manager who was waiting at the gate for me and Patches and he said "Welcome to

Hawaii. Have a very BLESSED life".

The Night manager explained what happened and allowed me to listen to his voicemail on his

private unlisted cell phone.  He too told me California is big on Human Trafficking and they get

a lot of things like this occurring.  He blessed me and told me to live my best life. He showed me

where to wait for Patches, because they have to exam all pets before their owners leave the

airport. If their papers are not correct or they don't pass a physical they give them, they send

them back to where they came from.

*The 22 months I lived in Honolulu and Kapolei, Hawaii, I reported to the FBI and police*

*several times, stalking, being harassed, feeling like I was being gassed and drugged while in*

*my apartment, and identity theft, in both U. S. District Court in Honolulu under Judge*

*Seabring; in Honolulu District Court; and in Kapolei District Court*.  The clerks and Judge

Seabright's JA, sent the final order and ruling on my case to me and verbally told me I had lost

my case. To date, I don't believe this to be true.  I believe someone pretending to be me paid or

bribed them to tell me that and they stole my award.

1

2  I didn't know or understand during these times that I was being sought after for Human

3  Trafficking, The Crips, Warlords, gangs, the Klan, or other perverts.

4

5  I used to be trusting, reserved/guarded - but outgoing.  I'd go to concerts in the park, festivals,

6  farmer's markets, church and community concert events.  I was outgoing.  I never believe

7  anything like this could happen to me.  I trusted Christina, Mona, and Rhonda when they told me

8  my VA medical records were esponged/erased, and all Zina's information was removed,

9  especially when Mona gave me copies of my records that said "No record found".

10  **<u>Birmingham, Alabama, 07/2019 – 06/2020</u>**

11  Christina's, Mona's, and Rhonda's **actions have almost caused my death several times**

12  through all levels of law enforcement, hospitals forcing wrong medications, Judges giving wrong

13  orders, doctors giving false diagnoses, and **12 policemen and a Social Worker**  kidnapping me

14  for 43 days, *because my Miranda Rights were never read to me* when I was kidnapped and

15  illegally detained me facilitating this torture while being heavily sedated and raped (Human

16  Trafficked) at night at the University of Alabama Birmingham Hospital, Birmingham, Alabama

17  (UAB Hospital), March 19, 2020 to May 1, 2020 and later VA Hospital in Tuscaloosa,

18  Alabama); and my purse, bags, apartment were illegally searched.

19  My then Service Dog, Loki was left, unattended in my apartment for approximately *36 hours*

20  which is cruelty to animals, because he did not have a potty area to use the bathroom inside the

21  apartment, so he held it until I was able to get a representative from "Fur-ever Hero", where I got

22  him from, to come to UAB Hospital facility I was being illegally held, raped (Human

23  Trafficked), and kidnapped, get my house key, and take care of him until I could contact my

1  daughter to get him from them approximately 3 weeks later (21 days) into the 43 days I was

2  being illegally held, while sedated and in a deep –Alice-in-wonderland-sleep, (because the drugs

3  they used sedated you, and every night your dreams were real. Every night I woke up with my

4  heart beating out of my chest, and in a cold sweat.  I didn't wake up normally. It's like a car in

5  the Parked position but someone revving up the gas to 30 – 40 – 50 miles per hour and then

6  dropping it into Drive position.  This is how I woke up every morning, because they were

7  drugging me all night and raping me.) raped (Human Trafficked), and kidnapped facilitated by

8  the Birmingham Police Dept.

9

10  This torture was done because of the stage Christina, Mona and Rhonda set switching my VA

11  records with Zina, *AND ALSO BECAUSE*, I had started a business January 01, 2020 ,*S. A.*

12  *Wiley Sustainable Fresh Farmed Fish Hatchery, LLC, EIN #84-4571730* and later in

13  Centerton, Arkansas, December 13, 2021, *Restore & Evolve, LLC, EIN #87-3961761 a*

14  *Nutritional Beverage Company*.  Registered with SAM.gov; DUNS and BRADSTREET, the

15  IRS and various other distributors and agencies all over the world.

16

17  The Human Traffickers, Crips of Birmingham, Alabama, Klan, these 3 women sold me too, tried

18  to take my business, but didn't know how to run it.  They didn't understand my vision or how I

19  could derive 14 different streams of income from this one fish hatchery, nor how I could raise so

20  a diverse population of fish at that magnitude.  Each batch would have produced 4 metric tons of

21  fish which equates to about 8.8 million 1 lbs. fish per batch for 3 of my species of fish I was

22  raising, but each fish would weigh substantially way more than that.  So even though they stole

23  my business plan and business information out of my bags and purse when they illegally

1   searched my apartment, purse, and bags, they couldn't understand the mechanism of how to

2   formulate the hatchery, and everything else.  So, this torture was to beat me into submission to

3   work for them. *It failed.*

4   While I was illegally detained, I was able to hand write an Appeal and get it to Judge North,

5   Probate Judge.  I was released May 1st, 2020.  I sent a detailed formal Complaint to the U. S.

6   Department of Justice – Civil Right and U. S. Office of Professional Conduct, who emailed me

7   and called me back to tell me they received and had accepted my Complaint.  I submitted it May

8   5, 2020. I was severally injured.

9   May 28th, 2020 Judge Allen King, Probate Judge who gave the wrong/false order, was retired on

10  this date.  It was on the news.  All of this was bizarre to me, because I couldn't understand why I

11  was automatically targeted to be robbed, harassed or my identity stolen.  I didn't know I was

12  being hunted and targeted by Human Traffickers, gangs, bad policemen, and thieves.

13

14  Thomas Diasio, Esquire/Attorney who I denounced as my attorney vehemently during the 15

15  minute trial,  represented me anyway against my will, was rumored to be debarred from the Bar

16  Association.  37 Police Officers were fired approximately June 5, 2020, and the Chief of Police

17  had been given notice.  He was relieved of his duties December 2020. This happened in

18  Birmingham, Alabama after I filed my complaint with the U. S. Department of Justice – Civil

19  Right department.

20  All of this because I started a Business that was not like any other business in the State of

21  Alabama, and at this level, I was the only female, so when I was approved for SAM.GOV, it was

22  believed that I would receive over 50% of all possible grants because I was a Veteran, Female

23  Owned Business, Black minority business.  That would have guaranteed me well over $7Million

1    dollars in contact per each large government grant annually.  That's well over 20 – 50

2    government federal, state, city county, not counting restaurants, hospitals, grocery stores, etc.

3    I relocated from Birmingham, Alabama, approximately June 20, 2020 to Harvey, Louisiana,

4    because people, relatives, gang members, other law enforcement – uniformed and undercover

5    cops, started coming out of the woodwork stalking and trying to kill me and Loki my dog. The

6    tension in my neighborhood was so far past tensed. You could cut it with a knife.  Me and Loki

7    stopped walking around the neighborhood three time a day for his potty trips. We used to walk 6

8    – 8 miles a day to stay in good health.  I took him to the corner and back home.  It wasn't safe. I

9    was a prisoner in my own apartment.

10    **<u>Harvey, Louisiana, 06/2020 to 10/2021</u>**

11    So, we Loki and I, relocated to Louisiana. The first stimulus check for $1200 that President

12    Trump sent out to everyone in March 2020, I received and used to relocate.  I had no other

13    income or money at that time, so this pretty much saved our lives. It deposited into my bank

14    account while I was illegally detained and kidnapped by the Birmingham Police Department and

15    UAB Hospital.

16    All of this is occurring because VA, Christina, Mona and Rhonda set the stage, and opened the

17    door, *"**Setting Me Up As A Target**"* for all law enforcement, Human Traffickers, gang members,

18    the Klan, thieves, perverts to try to human traffic me or just kidnap me.

19

20    During this time Birmingham had many cases on the news where, people, kids and babies were

21    being kidnapped and found dead.  3 year old "Cupcake", a toodler, was kidnapped, raped and set

22    on fire.  They found her in a dumpster.  A 3 year old raped??!!?  A college student teenager of a

23    retired, well known to Alabama, athlete was kidnapped.  They found her later.  Some guy just

1    took her. Saw her while he was in a gas station store. They found her later. They found a 12 year

2    old girl dead in the woods. Teenage boys and some other women they found dead. It was if

3    kidnapping was normal, and everybody was doing it in Alabama. I packed us up and we left

4    approximately June 20, 2020.

5

6    So later, in my complaint when in February 13, 2021, I speak about the U. S. Department of

7    Energy, EERE Grant, I applied for my fish hatchery, and Katherine Paige, Director, at that time,

8    February 2021, who denied both my applications and prevented me from appealing, gave my

9    "Letter of Intent", and both of my EERE grants to this/these persons who at this point, 11 months

10    AFTER my kidnapping, is claiming to be my attorney and husband, which none of these Human

11    Traffickers that I don't know because they sedated and raped me, I don't know who they are.

12    Throughout these next "years" of events I'll be detailing, you will hear the Human Trafficker

13    being identified/or identifying themselves as my husband and/or my attorney in several

14    scenarios. Katherine Paige, Director for DOE – EERE Grants department approved their theft.

15    This is Antitrust, Identity Theft, Theft, violation of my Civil Rights because when I appealed and

16    the FOIA dept Director, DOE – OIG, and the Appeals dept for the DOE EERE dept. Stated I was

17    denied the grant because of my health records and they didn't want to embarrass e for sending

18    me a copy of the VA medicals they had obtained. So Katherine Paige, DOE-OIG staff listed as

19    defendants, and the APPEALS personnel each gave three different reasons why my 2 DOE –

20    EERE Grants. Secret Service Agent for the U. S. Dept. of Energy, Agent Martin, told me that

21    there were investigating 5 other exact duplicate grant applications that mimic my application,

22    and they were also reviewing their authenticity.

1   May 2021, U. S. District Court case I filed in New Orleans U. S. District Court I filed against the

2   U. S. Department of Energy, DOE – OIG; Doe- EERE, the IRS because they erased my

3   existence and erased my businesses' information, because I filed this FOIA Appeal against the

4   DOE – OIG.  Agent Martin of the Secret Service for the DOE, told me to secure my important

5   papers; birth certificate, social security card, driver's license, and insurance for anything.  That

6   was going to need them.

7

8   The U. S. Department of Energy, DOE – OIG, SBA, IRS all banned me from receiving anything

9   from their data bases, and then cross banned me by putting this into their que for to ban me from

10  all federal agency's grants.  All of this is detailed in my case in U. S. District Court in New

11  Orleans, Louisiana.  *So, the foundation of all the denials are from the medical information the*

12  *VA had in my record that was Zina's.  The Appeals Office said they reviewed and have my*

13  *medical information.  This information was used to bar me from all federal databases.  So,*

14  *they have her listed as a "threat" to society and now the federal government data bases have*

15  *her information under my name and my company's name.  They superimposed her medical*

16  *diagnosis, her life and likeness onto mine, ruining my reputation and my life.*

17

18  The IRS erased my personal existence March 2021, but then reinstated my information after I

19  filed the lawsuit, May 2021.  My business information, they initially had on my businesses (to

20  date), they erased, but then reinstated them when I hired Michael Clark certified CPA as my

21  Power of Attorney for my personal taxes and my business taxes September 2023.

22  June 2020 to August 2020, I spoke to Antonio Doss, the then Director for the U. S. SBA.  I

23  reached out to him on why my PPP Loan was blocked and the EIDL Loan was blocked from the

1    SBA, so all banks, blocked me too.  In July 14, 2020, he approved EIDL for 2 employees (a total

2    of $2000.).  My daughter Diamond M. Wiley and myself.  I only had 2 employees at that time,

3    but then directed me to Mr. Rappapar, who placed me back on the banned list.  Banks, financial

4    institutions still uphold the illegal ban that the U. S. SBA placed on my companies. During this

5    time, I had no idea I was banned.  I just kept being denied without reason. When I moved to

6    Arkansas and started my Nutritional Beverage Company December 13, 2021, this will be

7    evident.  At that time Martha Londagin, Manager for Kiva and employee for Start Up Junkie, an

8    Arkansas financial agency, stated, "I uphold the decision that the SBA made.  Your application is

9    denied."

10

11   Approximately August 2021, Antonio Doss was later promoted to become a director or a

12   position congruent, in the U. S. Dept. of Energy, Grants Department.  Do you see how they

13   promote and take care of their own who cover up their wrong dealings regarding me and my

14   businesses?  This is what I was/and am up against.

15

16   To date, I have not and cannot get a Grant or Bank funding for either one of my businesses,

17   because I'm illegally banned.  S. A. Wiley Sustainable Fresh Farmed Fish Hatchery, LLC, nor

18   Restore & Evolve, LLC have received any grant funding nor bank finacing from any financial

19   institution, other than the EDIL Loan, July 14th, 2020 for $2000 for 2 employees, me and my

20   daughter.  They used the false information from my VA medical records to justify this.  No

21   banks would approve me for the PPP Loan that the President approved all companies for.

22

1  *Below are the cases I've filed in U.S. District Court in Hawaii, Alabama, Louisiana, Ohio and*

2  *now Indiana, relating to the "Cause and Effects" of Christina's, Mona Bozzi's and Rhonda's*

3  *actions while working for the VA 2016 to present.  At this time, I was unaware of the identity*

4  *theft of switching my medical records with Zina's VA medical records, a female marine there*

5  *in California*.  The clerks, and Judge's JA's in all of these courthouses told me I lost all my

6  cases.  There's 1 pending in 6th Circuit Appeals Court, Cincinnati, Ohio, to date.

7

8  ## THE U. S. DISTRICT COURT CASES I'VE FILED FIGHTING FOR LIFE,

9  ## LIVELIHOOD,  AND MY BUSINESSES

10  **2019 – U. S. District Court, Honolulu, Hawaii**, Case #CV19-195-JMS – WRP

11  **February 2020 - U. S. District Court, Birmingham, Alabama**, case # _____

12  **May 2020 – Birmingham Probate Court, Birmingham, Alabama**, case # _____

13         U. S. Department of Civil Rights and Office of Professional Conduct accepted my

14         Complaint and took action - May 5, 2020.

15         1.  Forced retired Probate Judge Allen King May 28th, 2020;

16         2.  37 Birmingham Police Officers were fired.  The Chief of Police in December

17         2020;

18         3.  and rumored Thomas Diasio, ESQ. lost his attorney license from the Alabama

19         Bar Association.

20  **March 2021 – U. S. Dept. of Energy, GRANTS for Renewable Energy to Small Businesses**.

21         DOE – OIG in their investigation learned that there were about 5 other companies

22         who copied my grant information verbatim and were approved.  This was

23         "indirectly" told to me by U. S. DOE Secret Service Agent Martin before she told

1    me to secure my important papers.  She said she would deny saying this if she

2    was asked officially.

3    **May 2021 – U. S. District Court, New Orleans, Louisiana**, case #21-933

4          -    **APPEALS Court, New Orleans, Louisiana**, case #21-30535

5    **2022 – U. S. District Court, Akron, Ohio**, case #5-22-CV-1293

6          -    **APPEALS Court**, 6t Circuit, Cincinnati, Ohio, case #22-3812

7    **2023 – U. S. District Court, Columbus, Ohio**, case#2:23-CV-138

8          -    **APPEALS Court, 6th Circuit, Cincinnati, Ohio**, case #23:3328

9          **(CURRENTLY ACTIVE according to Monica Paige, 6th Appeals Court**

10          **Clerk, and Ann Brown, COO for 6th Circuit Court of Appeals,**

11          **Cincinnati, Ohio .)**

12    The information listed above I experienced BEFORE and WITHOUT the CONFIRMATIONAL

13    KNOWLEDGE, and Understanding of the totality of what Christina Savage, Mona Bozzi, and

14    Rhonda Stanton had done, also placing Zina's diagnosis under my name and information into the

15    U. S. Department of Human & Health Services - HMIS data base, maintained and monitored by

16    HHS, that's accessible nationally, but with a concentration on the state and counties the entries

17    were made.

18

19    ALL employers have access to this database and some background companies use this for hiring

20    determination purposes.  All of this is occurring because VA, Christina, Mona and Rhonda set

21    the stage, and opened the door, *"Setting Me Up As A Target"* for all law enforcement, Human

22    Traffickers, gang members, the Klan, thieves, perverts, to try to human traffic me or just kidnap

23    me.  I'm a target at the government level and societal level.

1    The U.S. Dept of Energy, DOE – OIG, and the FIOA Officers and DOE Appeal Officers used

2    my VA records with Zina's information to STEAL my federal awarded grant with the possible

3    range of $1-5 million dollars with the possibility of being more depending on the totality,

4    ingenuity, purposefulness to the country and citizens in the surrounding area/state, with the

5    possibility of renewal after the term ended. I met the grant's requirements. Made entries Before

6    the deadlines. Partnered initially with GE, Steve Halford, Micro Grids; then changed my

7    partnership and ties from GE and Steve, to Worley Inc., and Advision Inc., to work with me on

8    this project for my fish hatchery.  Steve Halford tried to take it from me.  This is why I fired him

9    and went with Worley, Inc, and Advision, Inc.

10    The two grants Point of Contacts were contacted by someone pretending to be owners of my

11    hatchery, and had somehow given my VA Medical Records that were switched with Zina's

12    information.  That initial grant approval along with my met deadline "Letter of Intent" required

13    before the grants' decision were made, in my name and in my fish hatchery's name, were given

14    to that person claiming to be husband, my attorney, and the owner of my company, ALONG

15    WITH the false VA medical records that I was mentally incapable of running a business.  The

16    business, I correctly registered, registered with SAM.gov, registered with the IRS and state of

17    Alabama, sought funding for, identified 19 total streams of separate income for, that the Director

18    Ms. Paige, FOIA Officers, DOE-OIG Officers, and DOE APPEALS Officers used to deny my

19    Appeal, and placed this false derogatory information into ALL FEDERAL DATABASES, not

20    just pertaining to grants, but to everything federal - United States of America.

21    I learned this January 2022, when I spoke to the APPEAL's Officer, when I didn't get a

22    complete copy of the reason of the denial for the initial complaint and their Appeal review. *He*

23    *said, He didn't want to embarrass me regarding my medical file and information that was*

1   *submitted regarding my mental capabilities.  I asked him who submitted it, and why was I not*

2   *informed?  That this was a violation of my HIPAA Rights, Privacy Rights, Constitutional*

3   *Rights, and basic Human Rights. He laughed, scoffed and hung up.*

4   So, Cause & Effect, the 3 aforementioned VA employees stealing my identity and switching my

5   VA medical records with Zina, caused my company to be stolen, commandeered by someone

6   that the U.S. DOE, DOE – OIG, DOE - FOIA, and DOE Appeals Officers and personnel

7   *PROTECTED and REFUSED* to give me a copy of the information that this person gave to

8   them regarding me and my company, BUT this information is in all the federal, state, county city

9   data bases for review.  So I'm living my TRUTH, but everyone privileged to this information

10  sees me as a threat to society, etc.

11  I am/was blacked balled from all federal grants on information that was not mine and not

12  privileged to, and some unknown person violated my HIPAA Rights, Constitutional Rights,

13  Privacy Rights, who's claiming to be the new owner of my fish hatchery, my husband and my

14  attorney, and I don't know who it is because, because I am not married, nor had an attorney at

15  that time. To date I am not married.  I had not sold or given my fish hatchery to anyone. *Again,*

16  *I'm Oblivious To The Fact Of What Christina, Mona And Rhonda Have Placed In My Va*

17  *Medical Records And Have Filtered That Information Into Every Federal, State, County And*

18  *City Database Nationally Including The HMIS Database.* So, no grants, no viable employment

19  in my medical background.  My two (2) Professional graduate level certifications in "Advanced

20  Pathophysiology: Hematology; and Advanced Pathophysiology: Introduction into Pathology",

21  and my dual undergraduate courses/classes in Biological Psychology, and Molecular Cell

22  Biology/Biological sciences, are all irrelevant and worthless at this point, but I still have to pay

23  my $67,500.00, student loans debt.

1   Any company that does background checks using federal or state fingerprinting, Sheriff

2   background reports, HMIS, or any HHS or any federal databases, this information will come up.

3

4   **Approximately, April 15, 2022, STRONGSVILLE, OHIO POLICE DEPARTMENT**

5   March 30, 2022, Loki and I relocated from Centerton, Arkansas months after I started my

6   company, Restore & Evolve, LLC at 780 Appleridge Drive, Centerton, Arkansas 72719, out of

7   the duplex I was renting.  My home business, registered with the Arkansas Secretary of State,

8   December 13, 2021.  Loki and I got back to the State of Ohio early morning, and I immediately

9   found a storage facility in Strongsville, Ohio to store our household items.  I rented a Uhaul truck

10  and a car carrier I pulled as a tow on the Uhaul for my 2017 Mitsubishi Mirage I bought October

11  19, 2021, when Loki and I moved to Arkansas from New Orleans, Louisiana.

12

13  It took a day and a half for us to reach Ohio.  After securing a unit, I called 1-800-Uhaul overs.

14  Went online and chose the cheapest movers to help me move into the unit all the heavy stuff

15  from the truck.  We spoke on the phone to confirm and secure the listed moving company would

16  come out.   This is what happened next.

17

18  The gentleman on the website, the person I spoke to on the phones, drives up and walk towards

19  me while I was unloading the truck.  I heard the car from inside the rear of the Uhaul, so I came

20  out to meet him.  He introduced himself as such, "Hi, I'm D.J.  I'm a CRIP.  I own this company.

21  I have several men under me that work for me."  I had no idea how to respond.  I was

22  dumbfounded, because the closest I've ever been to a gang member and knew it, was on t.v.

23  watching cops or something.  In California, I couldn't tell who was a gang member unless they

1    told me.  I just admired the graffiti on most buildings and railroad cars, because the art was so

2    detailed and looked good.  I didn't know what it meant.  The murals, etc.  Military Veterans wore

3    tattoos, regular people wore tattoos, people wear bandanas.  I didn't take gangology in college so

4    I spoke to and treated everyone the same.  I love art no matter who the author is. I sincerely did

5    not know how to respond.  I wasn't scared.  I wasn't intrigued.  I was literally perplexed on how

6    to respond, so I just introduced myself.  Gave a little information about my businesses and my

7    background.  Told him we literally back home in Ohio for about 5 hours, but it was his response

8    that I didn't catch at first right away.  He said, "I know".   He was cute, well-groomed, nice,

9    helpful, strong, educated, and courteous.  I was totally surprised and charmed.  His cousin Isiaha,

10    came moments later to help him move my things into my storage unit. This was March 30, 2022.

11    I didn't speak to him or see him until August 2022, when I was still working for Door Dash and

12    now Uber Eats, and Grub Hub to pay my bills, because I couldn't get bank financing for my

13    businesses.  I was working 10 – 12 hours 6 – 7 days a week to get enough money to secure and

14    move into an apartment.  I had been homeless and Loki and I living in my car, but working since

15    March 30, 2022.  This is the only time I had seen him.  We didn't speak, but Loki did scare him

16    and barked at him as he walked into the gas station.

17

18    Later, in August 2022, is when I learned happened on that day and days afterwards, as I was

19    picking up an order at a Chick – Fil- A, in a mall, in the Cleveland, Ohio area, by 2 young

20    females, who recognized me, stood next to me, and started talking to themselves about me, that

21    he had opened a beverage company.  They wanted me to hear their conversation so they stood

22    right net to me and had this conversation with each other.  In April 2022 DJ got married.  Her

23    name was changed to Sherry Ann Wiley, and they were the ones who put the kill-switch on my

1    car. The U. S. District Court cases in Cincinati, Ohio Appeals Court were because of DJ and

2    some other Klan couple he sold my business plan to, that Bank of America and ECDI gave my

3    loans too and my banking information too.  That's why I sued them instead of DJ and the Klan

4    members, because I don't have any geographic information on them.

5

6    Approximately, April 15, 2022, me and Loki were working picking up and delivering food.  As I

7    was picking up a delivery in Maple Heights, Ohio, which is an active area.  A lot of people carry

8    guns and the crime rate is a little higher then the surrounding areas.  As soon as I drove

9    underneath a bridge my car's energy stopped.  The lights went off.  The engine stopped.

10   Everything stopped. I coasted to a concrete area next to the expressway underpass, at 6:30ish

11   p.m., on a Friday night, April 15th, 2022, and it was getting dark.  I called State Farm.  I had

12   insurance. I had paid my April's premium and switched it from Arkansas to Ohio around April

13   1st, 2022.  For some reason, State Farm Ohio didn't follow through with the transfer from

14   Arkansas, but they accepted my April's payment approximately April 1st, 2022. So I had no

15   coverage. After A while, Dana, a Mechanic with a car company, drove by, stopped to help. He

16   had a diagnostic machine in his car.  He showed me that the device I found underneath the

17   dashboard was a Kill-switch.  He said someone remotely activated it and this is why my car

18   stopped.  In Hindsight, I learned The Crips of Cleveland were stalking me since they moved me

19   in and somehow put that on my car when Loki and I was away from the car.  We were homeless

20   living and working with my car.  The only times we both were away from my is in the morning

21   between 5 – 7 a.m., when I would go into the storage facility and use their bathroom to get

22   cleaned up, before staff came into the facility at 9:30 a.m.  We were away from the car

23   approximately 20 – 30 minutes at best.  Every morning until the manager asked me not to.

1   I eventually went to Strongsville Police Department to make a police report for vandalism and

2   the next day against State Farm for stealing my premium and not honoring our insurance

3   contract.

4

5   Lt. O'Deens said to me regarding the kill-switch I found on my car, *"Some Family Members put*

6   *those on their loved ones cars to keep tabs on them and keep them safe…"* I told him my

7   parents are deceased and I'm estranged from my sibling now for 10 years my children for about

8   3, there's no family members, just me and Loki. He looked at me and repeated himself and gave

9   me this retarded look. Then, I had no idea what he was talking about. I repeated my statement.

10  He kept emphasizing but elevating his voice, tone, dialect , and kept calling me *"Mrs. Wiley"*.

11  Agitated and not catching on, I would corrected him more than 3 times after he did this. I wasn't

12  catching what he was talking about. *In hindsight, now, He knew they were Human Trafficking*

13  *me. His actions of defending them and helping them proves this. Apparently, everyone was*

14  *watching me while I was unconscious and being raped, and he knew about it. I was the*

15  *clueless one. This is the information included in the U. S. District Court Case against Bank Of*

16  *America employees in Akron, Ohio, in U. S. District Court in Ohio 2022.*

17

18  <u>**SANDUSKY, OHIO Police Department/ Erie County Sheriff's Department/ and Speedway**</u>

19  <u>**Gas Station October 2022 to June 2023**</u>

20  I applied to the Erie County, Sandusky, Ohio, Sheriff's Department as a Dispatch and was denied

21  because of this and false defaming information in police databases. I moved into my apartment

22  loft located at 225 Hancock Street, apartment 218, Sandusky, Ohio  44870, October 13, 2022.

23  The 10 months I lived there, I was gassed inside my apartment. Gassed inside my car. My car

1    vandalized.  I reported it to the Sandusky police department.  Marous Property Management

2    Company. Marous Property Director's Administrative/Executive Assistant. The Erie County

3    Health Department. The EPA.  They all considered me a menace.  The Sandusky Police

4    Department said the vandalism to my car didn't happen.  They followed me around to try to find

5    a reason to arrest me.

6

7    January 23, 2023, I set up an interview with the Manager of Speedway Gas Station , 2227

8    Campbell Road, Sandusky, Ohio, 448870.  I spoke with Claire, the Manager.  We set up an

9    interview for January 23, 2023 at 10:00 a.m..  Between 7-9 a.m., I walked my dog Loki.

10   Sandusky police officers were parked in the parking lot cat-a-corner, (adjacent) from my

11   building. It's another apartment building parking lot.  I walked Loki down to the park on Lake

12   Erie.  We lived about 2 to 3 blocks away.  They trailed us as I walked him, for him to potty.

13   When I left for my interview about 9:36ish, a.m. there was another officer that followed me turn

14   from turn into Speedway Parking lot.  The gas station was approximately 2 miles away. I got out

15   of my car and walked up to his police cruiser.  He adjusted his body camera and got out of the

16   car as I was asking him these questions: "Why are you following me?"  He said, "I'm not."  I

17   said, "You literally followed me turn from turn to the gas station."  He said, "it was coincident."

18   I asked him to stop it, and walked into the gas station.  He walked into the gas station two steps

19   behind me. The employees and customers watched the whole conversation through the window.

20   I walked up to the counter and asked for Clair the Manager.  That I had a scheduled interview at

21   10:00 a.m.  She was standing in the doorway, eyes wide open, and the police officer stood about

22   3 feet from me and said he needed to speak to Claire.  Claire directed me to Tyler the Assistant

23   Manager and said he would be completing the interview while she take care of this.  I

1    interviewed with Tyler. The cop told Claire not to hire me.  I was supposed to be fired the first

2    day I started work. She didn't fire me.  Every day for the next 7 days that I worked,

3    approximately 1-3 cops in uniform, would come inside the store and watch me.  The others

4    would come out of uniform pretending to be difficult customers.  Because I knew I was being set

5    up, and I needed the extra income because I hadn't gotten my businesses financed yet, I "carded"

6    everyone who came to the register who bought tobacco products, vape products, wine coolers or

7    any type of alcohol.  During this time people were still wearing COVID-19 Pandemic - face

8    masks, so I wasn't taking any chances.  Kids came in with fake I.D's I denied them.  Men came

9    in with expired driver's license, I denied them. If they went to the other cashiers they would

10    allow them to purchase them, so they complained.  The employees knew which customers were

11    cops and which weren't.  They were from Sandusky.  Most lived there all their lives.  I was the

12    new person. How I know the Human Traffickers bribed the police officers, because SGT

13    Rottenburg came into the store and rolled his eye at me hard. He walked over to Tyler, Assistant

14    Manager's register and asked this, "What Happened?"  Tyler said, "He came in twice…she don't

15    know him.  She don't know who he is?"  SGT Rottenberg said cutting his eyes towards me at the

16    next register less than 8 feet away, "She knows who he is.  She's pretending not to!!!" I looked

17    him in his eyes, but didn't say a word.  Because it had just dawned on me that the Speedway

18    employees were helping Sandusky police department set me up and I didn't realize it.  Also, they

19    knew who my stalker was. They knew he existed and didn't say one word to me. I was mad,

20    surprised, and in shock.  None of them realized how much they all were at risk if I would have

21    known the man who was gassing me, drugging me, rapping me, in my own apartment, and in my

22    car while me and Loki were homeless, if I had any knowledge which customer he was, how

23    much danger everything would have been in if they would have gotten in my way.  I kept it

1  together though.  They all were helping him.  The guy that was human trafficking me.  SGT

2  Rottenberg left shortly afterwards after starring me down.  The customers in line felt uneased

3  about the whole situation.  People were coming up to the gas station when I worked just to see

4  what was happening with me and Sandusky Police Department. They were asking the employees

5  what they had missed.  I felt alienated. I felt set up by my colleagues.  And real and fake

6  customers were yelling at me because I carded them, and I wasn't backing down to them when

7  they did.  It was pure hate.  Then Clair fired me.  She said it was because I carded everyone, but

8  it was because the Human Traffickers bribed her and Tyler and all the employees received a

9  $1000 bonus.  I of course didn't get anything, even though me and another woman started on the

10  same day and she received the bonus. I know I have a lawsuit against Speedway and Sandusky

11  Police Department.  I will do that later. I'm being hunted because VA employees opened the

12  door for me to be Human Trafficked and hunted by perverts, bad cops, gangs and etc., back in

13  August 2016 when Christina switched my identity with Zina's.

14

15  I contacted the Sandusky FBI 7 times between October 2022 to June 2023.  Nothing.  Nothing

16  changed.

17

18  **CENTERTON, ARKANSAS**

19  October 2021 to March 2022, In Arkansas I applied for financial assistance/loan from a company

20  named Start Up Junkie, Inc..  They fund new businesses. I met with Martha Londagin.  After

21  review of my documents and being contacted by someone and given outside documents, Martha

22  said this to me. "…I agree with the SBA.  We are not funding your company…".  She agreed

23  with the SBA.  SBA put me in their database and had me at a barred status for everyone who

1    pulled my credit or my businesses' credit.  Violating all my rights listed in this complaint

2    including antitrust, because they used Zina's false information in my medical file and made that

3    the bases for declination of any SBA loan. My company received no PPP loan funding in 2020. I

4    received the  EIDL (Economic Injury Disaster loan, July 14, 2020, after I contacted Antonio

5    Doss, U. S. Director of SBA who said I qualified and facilitated the payment.  Then he was

6    contacted by someone and barred me from U. S. SBA, and accepted a job as the Deputy

7    Associate **Administrator** for the Office of Government Contracting and **Business** Development,

8    in the U. S. Department of Energy.    The dept that initially stole my 2 U. S. Dept. of Energy -

9    EERE loans in February 2021, and gave them to someone else pretending to be my attorney and

10    my husband.  So, he barred me and was promoted into the Dept. of Energy, Grants dept.  So,

11    when I say all federal databases has this information and are stopping my livelihood, this is one

12    of many examples.

13

14    No Medical School admission, because medical records are required upon applying for

15    enrollment. MY LIFE has STOPPED, ERASED. This is HATE crime, Slavery, etc.

16    The IRS initially erased my existence.  February, 2021, I received a copy of my Summary taxes

17    for years 2016, 2017, 2018, 2019 and 2020.  I was applying for housing, SBA and bank loans for

18    my fish hatchery. *So, I received these documents with detailed information from my previous*

19    *employers I worked for, with wage information, college credits and standard credits applied,*

20    *showing my two stimulus payments I received from the President through the IRS, for college*

21    *students, as well as my fish hatchery.*

22    April 2021, when I re-requested these same years, my IRS records came back *as "NO RECORD*

23    *FOUND".*  Two months after I had applied, and filed the appeal with DOE, DOE-OIG, and

1   included U. S. SBA, they all together along with the IRS ERASED and BARRED me from

2   receiving any services from their federal agency's databases.  I filed this lawsuit in U. S. District

3   Court in New Orleans, Louisiana May 2021, and later the Appeal. *"May 2021 – U. S. District*

4   *Court, New Orleans, Louisiana, case #21-933; APPEALS Court, New Orleans, Louisiana,*

5   *case #21-30535."*

6                         **The FBI (Federal Bureau of Investigations)**

7   The Federal Bureau of Investigations (FBI).  I contacted them in the following cities and states

8   regarding Human Trafficking, stalking, Being a target for theft, Theft, Identity Theft, regarding

9   the Crips of Cleveland, Ohio, The Warlords of Cleveland, Ohio, The Clan in Arkansas and Ohio

10  and Now Indiana, my car being vandalized, hate crime and being drugged, gassed and RAPE in

11  Marion Indiana.  Here are the dates and their responses:

12  **2017 – 2019   Kapolei, Hawaii**      3 times in person and about 6 or 7 times by phone. We

13  received your hand-written reports. If we chose to do anything you will never know. No, you

14  cannot know my name. They covered their names on their badges when I walked into their

15  security gate/offices.

16  **2019 – 2020   Birmingham, Alabama**      4 times in person. Called once. Told me, "You

17  moved here, move somewhere else.".  If we chose to do anything you will never know. No, you

18  cannot know my name.

19  **2020 – 2021   New Orleans, Louisiana**      Once.  Did you make a police report?  Call the

20  Sheriff. If we chose to do anything you will never know. No, you cannot know my name.

21  **2022   Sandusky, Ohio**      4 times in person. 3 phone calls.  Did you make a police report? If

22  we chose to do anything you will never know.

1    **2022    Columbus, Ohio**       In person. Met with Agent Tracey or Stacey. Female. Handed her a

2    copy of the U. S. District Court papers against ECDI (Economic Development Institute)

3    Antitrust case, and while we were speaking in their conference room, my stalker came into their

4    main lobby, saying "my wife is here…, she's off her med's…).  So they had the Human

5    Trafficker right there in their offices and she kept me in one room and him in another.  Told me,

6    "If we chose to do anything you will never know." Nothing.  Nothing got better. She had him in

7    her offices, and nothing changed.

8    **2022 Columbus, Ohio**     Columbus Police Dept., Detective Bonds – Antitrust and financial

9    crimes.  Took my report. Told me he was not going to do anything about it.  His dept was

10    swamped.  ECDI Headquarters are in Columbus. He knows them well. They contribute to the

11    community. It's documented.

12    **2023 Indianapolis, Indiana**  Called 4 times. I called twice – one time to leave a report with the

13    2 agents that hung up on me, and the third phone call, was to get their Internal Affairs contact

14    information.  I was told to look up the "U.S. Department of Justice – Civil Rights and Office of

15    Professional Responsibility", by the agent. I filed a report with them shortly afterwards.

16    I called them to file a report for Human trafficking, RAPE, Hate Crime, me being drugged while

17    I went inside the gas station to get me and Loki my dog something to drink and pay for gas, that

18    was caught on video at **the Flying J's Pilot Gas Station in Marion, Indiana.**

19    I was drugged and raped on the nights of July 25th (Wednesday night), & July 26th, (Thursday

20    night), 2023 in their parking lot.  I DIDN'T KNOW I HAD BEEN RAPED AND WONDERED

21    WHAT HAPPENED.  I was drugged.  I left Loki in the car with all 4 windows halfway down.

22    The end of July 2023 during a Heat wave. I possibly got some gas also. I had gone to the gas

23    station after I had spoken to the Marion VA HUDVASH representative Lana. She and her

1  assistant Christy Stillwell were helping me with finding housing in Marion. I couldn't afford a

2  hotel, and they said they couldn't put me in one.

3  The first night we slept in the car at the Marion VA center after we received permission from the

4  guard, the night Lieutenant, and the VA SGT Police Officer (we had been homeless in the car for

5  approximately 2 months now at this point in Indiana.). I had driven down to Marion, because

6  "Bright Point", Tattenia Hall and the SSVF program (Supportive Services for Veterans and their

7  Families) regarding "Rapid Rehousing" a VA Supported federal grant program that pays a

8  homeless veteran's rent up to 100% depending on your income.  Fort Wayne, Bright Point and

9  Tattenia were hindering me from acquiring this.  I third apartment I made Tattenai aware that I

10  was going to apply too, we, Sara, the Property Leasing Agent, and I called her, after taking care

11  of the application fee and holding fee, they agreed to receive from St. Vicent De Paul because

12  they wouldn't pa it. ($50 app. Fee; $200 holding and administrative fee; they agreed to wait for

13  the pet deposit until my application was approved.) What the Case Managers of VA's SSVF

14  program do is ADVOCATE for the homeless veteran, because 9/10 there's barriers that we

15  veterans are homeless in the first place.  For example, Eviction on record, lost job no money and

16  credit score is below 600, etc. SSVF guarantees the property or home owner renting to us that

17  depending on our income a percentage of rent is paid, to help us get back on our feet for the

18  duration of the lease.  We are literally the working poor living in our car. This ranges from 30%

19  to 100%.  So, if a veteran makes $1500 a month.  A nice place where the police will come when

20  you call them, or where you don't have to dodge bullets accidently piercing the walls inside your

21  home, usually requires 3 times the rent, and a credit score above 600.  Most 650.  They

22  negotiate/advocate with property owner/manager, and guarantees the veteran's rent payment by

23  arch payment.  This allows me/the veteran to pay a small amount for rent and save for a year.

1   After the lease term is over. I (or the veteran) will have saved enough for a down payment on a

2   house to be totally self sufficient and never be homeless again. Each case is different.  It's a leg

3   up. INSTEAD SSVF, Bright Point in Fort Wayne, IN, where Loki and I were coming from

4   decided to tell Sara, Assistant Leasing Agent, that I was APPROVED for the program, but it's

5   very unlikely that I would be receiving their help, over and over again in the conversation.  So I

6   asked Sara to put the phone on speaker, because her facial expressions were "surprise, put off,

7   etc.", while she was speaking to Tattenai.  When she put the phone on speaker, I heard Tattenai

8   say, ***"she is APPROVED for the program, but it's very unlikely that she would be receiving***

9   ***our services."***  Sara asked her why?  Tattenai went onto explain that "some veterans" have

10  mental problems and cannot fit into society.  Some veterans have addictions… we get all kinds,

11  that are not conducive to them living in certain housing…".  When I heard her say that, I asked

12  Tattenai, "What the hell are you talking about!?!!  That is not my background!!!  I do not do

13  drugs, smoke or drink!!!  What the hell are you saying!?!!  You're supposed to be advocating for

14  me!  I'm homeless because I lost my apartment, NOT because of all of that!!!  What are you

15  doing!!!  Tattenai, was initially surprised I heard the conversation, but laughed/chuckled and said

16  telling her about the program demographics.  I told her, you just lied about my background and

17  violated my HIPAA Rights with lies!!  She froze, then said, she was just telling her about the

18  demographics for the SSVF program.  I was embarrassed, out done.  Sara told her thank you and

19  we hung up. I didn't get the apartment. I complained to Melissa, the Assisting Manager and we

20  removed Tattenai from assisting me. I was reporting to Melissa directly.  That weekend I found

21  another apartment.  The rental office was closed on the weekends so I had planned to go by first

22  thing Monday morning.  Before their offices opened.  Before I went there to fill out an

23  application that Monday morning, Melissa sends me an email asking me to apply at this

1  apartment complex. There are hundreds of apartments in Fort Wayne, and I had not told them

2  nor put this area on the list of apartments I was looking at, so this apartment complex was

3  common to Bright Point, SSVF nor Melissa. After I asked Melissa how did she know I went by

4  there over the weekend and was considering applying for it, The Property Manager denied my

5  application. This is why I called Lana in Marion Indiana and drove down there to look for

6  housing with their SSVF Program.

7  **MARION POLICE DEPARTMENT, PILOT FLYING J's GAS STATION, And BRIGHT**

8  **POINT SSVF PROGRAM IN FORT WAYNE, INDIANA**

9  The above statements and this section as well.

10  July 24th, Tuesday, we (Loki-my dog, and I) stayed in the parking lot at the Marion VA Hospital

11  gated and guarded base with the guard, Night Lieutenant and VA Police SGT's permission.

12  July 25th, Wednesday night and Thursday night, July 26th, 2023, Loki and I slept in the car, like

13  the 18- wheeler truckers and the other people sleeping in their cars, at the Flying J's Pilot Gas

14  Station off Interstate 69. When I got off working Uber Eats Deliveries, Loki and I pulled in and

15  parked. I went inside to get gas (possibly), ice for Loki and something to drink for me, for the

16  night. I left Loki in the car with all 4 windows halfway down. I was watching a movie on my

17  phone, and next thing I know, it's morning, and both Loki and I are just waking up.

18  I had an aspirin like taste in my mouth like I had placed an aspirin on my tongue and it slowly

19  dissolved. My head was hurting like I had been hit by a train. I was droughty. Sluggish. My

20  breast area and pelvic areas were numb to the touch, but not painful. My body was numb like I

21  had just had surgery, and was recovering or waking up. I felt horrible.

22  Later that evening, I came in to speak to the night manager to get a copy of the security footage.

23  A man, follows me in and while I'm talking to one of the employees tries to grab me. He was on

1    drugs and went through the store looking for me. When he saw I was speaking with the store

2    employee he came right to us. The video tells the rest of the story.  I later found out there were 3

3    men altogether.

4    That Friday morning, I waited to speak to the General manager.  The two assistant managers,

5    Tiffany and another woman, allowed me to use the company's computer in the office to request a

6    copy of their camera footage inside and outside on their company's website.  I filled it out. That

7    Thursday evening, July 27th and Friday 28th, I asked Eric the General Manager, Tiffany,

8    Assistant Manager, Mel – another Manager for a copy of their security footage inside and

9    outside.

10   In a few hours I was denied and by email told that law enforcement or an attorney had to request

11   the footage. **They could not give it to me**.

12   I went to Marian Police Department. Spoke to Officer Hartzell and urged him to make a report

13   and get the footage. Days went by. Nothing. I called several times.

14   I spoke to Chief Haley.  She said she reviewed Officer's Hartzell's body camera, and I didn't say

15   the word RAPE.  I said ASSAULT, so they felt there was not enough evidence for an assault.  So

16   I encouraged her to get the video from the gas station and I emphasized that I had been RAPED.

17   I had to emphasize the word RAPE.  This conversation occurred about 10 – 14 days after I was

18   RAPED and went to the police department.

19   Detective Josh Zigler, and I met at the police department moments later so he could interrogate

20   me.  I recorded our meeting. He thought it was funny that I didn't know what happened and that

21   I could not feel a thing after I woke up. He made me feel dirty and disgusting…. From someone

22   else's coward actions, that I had no control over, because I was unaware and unconscious.  After

23   our meeting we spoke twice. He lied and said he hadn't seen the video and called me outside my

1   name. He said I made it all up. That ensued a very intense conversation. He said he would go get

2   the video the next day. I called the gas station and Eric the General Manager said he had given

3   him the wrong days and he would get the footage for Wednesday and Thursday Nights (July 25th

4   and 26th). He said he was coming up the next morning.

5   That Friday (July27th), that Monday and Tuesday (July 30th and 31st.) I called to speak to

6   Detective Zigler. Senior Detective Mark _____ kept stating Detective Zigler was not available

7   to speak to me because they were investigating a homicide. He said he could not assign anyone

8   else to my case, and keep emphazing a homicide. To this date, I have no information regarding

9   the video, who RAPED me, nor what this homicide has to do with my rape case. The Marion

10  Police Department are covering up my rape case. They know who raped me, but will not tell me.

11  I told them I need that information to give to the FBI. They told me to have the FBI call them

12  and they will send them the information. I did call the FBI of Indianapolis. Four times. This is

13  why I've included them into this Human Trafficking, Hate Crime, Civil Right, Constitutional

14  Rights, Theft, Identity Theft, aspect of this case.

15  **HVAF (HELPING VETERANS AND FAMILIES) and MIDWEST BARTENDING**

16  **SCHOOL, INDIANAPOLIS, INDIANA**

17  Thursday, September 14, 2023, I applied for HVAF's SSVF (Supportive Services for Veterans

18  and their Families) – VA Grant with Deidre Counter, Intake Worker for HVAF.

19  Tuesday, October 3rd, 2023 almost 3 weeks later, I was assigned to Claire Neal, Housing Case

20  Manager for Rapid Rehousing under the SSVF – VA Grant.

21  Wednesday, October 4th, 2023 I went into their offices and signed the "Required documents" and

22  "other documents" Claire said I had to sign, or I would not be in the Rapid Rehousing Program.

23  Since this is a VA supported organization and not the VA, they ca use the VA Medical Card as

1   validation for being a veteran, because they know to receive the pictured VA - ID card VA

2   Eligibility has already been determined. Like a driver's license for credibility for a viable state

3   and federal ID. Claire had me also fill out three forms that were not required to be completed for

4   Rapid Rehousing.

5   The universal form for a list of all agencies, some not even associated with the VA to have

6   access to my home at any time for a wellness check.  I told initially told her "no".  She said it

7   was required and we could not move forward with the process. She lied. This form is not

8   required for SSVF enrollment.

9   She required I fill out a VA Release of Information (ROI) form and listed a host of other

10  agencies.  It was labeled a "Universal Release of information", to be accessed at any time from

11  any one of those agencies. I told her "no".  She lied and said she could not move forward with

12  the process. So, in each section of the ROI I hand wrote, "No medical information", and put my

13  initials.  So, on this release of information from the VA I signed for all organizations I stated in

14  in every section not to release any information, so that only leaves my demographics. Date of

15  Birth, Name, Address (Homeless – which qualifies me for this grant program), and Social

16  Security number. After this section, I will give detailed information that Claire either covered up

17  or VA ignored my statements and initials, and provided Zina's medical record information under

18  my name in the VA medical records, and made that information public information to

19  Noblesville Public Safety Director and Noblesville Firehouse Paramedic Director, as I was

20  meeting with Amy of the Noblesville Economic Development Center. As Amy and I were

21  meeting these two men burst into her office, asked if she was okay, and talked to me as if I was a

22  child and crazy person.  They had 6 police officers, and a host of city counsel people outside the

1   door as I was being interrogated, that I recorded on my phone after I received their permission,

2   that I will be submitting.

3   The meeting with Amy was not planned. I didn't have an appointment, but asked their secretary

4   if she was available to meet or make an appointment.  Amy agreed to meet with me.  We were

5   having a pleasant, uneventful, fact finding conversation about their services and my business and

6   how the two could merge together under one of their incentive programs.  She was more stunned

7   than I was.

8   James Macky and Chad Kneich would have not known I was in the building, would not have

9   received a "phone call" from a "stalker" who called "the police SGT", who called James Macky

10  and Chad Kneich, who barged into our meeting and totally violated my HIPAA Rights, Civil

11  Rights, Constitutional Rights, and still protected the "stalker" by not giving me his name when I

12  asked 3 times.  The conversation on video I'm adding with this complaint.  There's more.

13

14  September 22, 2023, I applied to Midwest Bartending School here in Indianapolis, Indiana.  I

15  informed HVAF Claire Neal, HVAF Case Manager, and Lauren Mardis, HVAF Supervisor,

16  verbally and by text what the course cost and the length of time, which is 2 weeks, October 16,

17  2023 to October 27, 2023.  I would be State Certified seeing as though I had to be registered as a

18  Bartender and Certified by Indiana Alcohol and Tobacco Commission and receive a 3 year -

19  State of Indiana Employee Permit Certification I need to keep with me at all times, along with

20  my Arkansas Driver's license I haven't changed over yet, because of the hardship of being

21  homeless and HVAF recently paying for my 60 day stay ay Home 2 Suites in Whitestown,

22  Indiana (October 20, 2023 to present).  I have been homeless the entire time I moved to Indiana,

23  June 5th, 2023 to present.  For an address and for my Registration to vote, I used my storage

1  facility address where all my household good are being stored along with my business files and

2  information that I have accumulated these last few months and some of my emergency papers I

3  kept with me.  My entire household item that was in storage in Ohio was auctioned off and sold

4  July 2023.  Being homeless, living in my car with my dog Loki, made me eligible for the VA

5  SSVF (Supportive Services for Veterans and their Families) Rapid Rehousing Program.  This is

6  why I signed up with HVAF.  They were awarded the VA grant to help homeless veterans.

7

8  Tina Strayer, Employment Case Manager, contacted Calvin Devlin, Assistant Director of

9  Midwest Bartending School.  She was supposed to pay for my tuition which was about $750., for

10  the 2-week course and assist me with tools, clothing, my certification fees, and any State of

11  Indianan fees, so I could be successful in completing the course and finding permanent

12  employment.  I currently work for Uber Eats making food, purchases, and department store

13  deliveries.

14

15  Instead Tina and Calvin agreed that I would not graduate the class, so Tina and HVAF could

16  label me with a derogatory mental health diagnosis and assist Human Traffickers to continue to

17  steal my identity.  For the last 2 weeks, informed Tina dress code I needed to adhear to, the shoes

18  I would need, gas cards to get back and forth, to help me with the transition of my Ohio car Tag

19  and my Arkansas Driver's license to Indiana plates, registration and Driver's license, all services

20  covered in the VA SSVF – Rapid Rehousing Grant Program.  For 2 weeks Tina made up excuses

21  on why she could fulfill any of the above. She did give me $100 in gas cards for my car which

22  helped a lot with me working and going to Bartenders School.

1    Claire Neal, Case Manager for HVAF Housing Department. Approximately October 3, 2023,

2    Claire and I met and I signed forms for her with notations and restrictions regarding VA records,

3    "No Medical information." That's listed above.

4

5    Under VA's SSVF (Supportive Services for Veterans and their Families) Rapid Rehousing

6    Program, that Clair approved me for, and I was operating in, Claire texted me 2 houses for rent

7    for me to look at to sign a lease. She said they would be approved, but they were in Fortville,

8    IN. I previously told Claire I was looking in Carmel, Noblesville, Fishers, Westfield areas. I

9    didn't want to go way out to Noblesville. She said I could be approved immediately, to go look

10   at them. I did. I reaffirmed I didn't like the homes nor the location. Simultaneously, I told her

11   about the house I found in Noblesville for $200 cheaper then the 2 she found. She immediately

12   shot it down and said no. I spoke with a realtor and was directed to DR. Horton's property in

13   Greenfield; Whitestown, Avon and another area. I completed an application at Jackson Run.

14   The Property Manager said she could approve HVAF as "other Income', but Clair said they

15   would be a problem. I called Clair and out her on speaker.

16

17   Under the SSVF Rapid Rehousing Program VA GRANT, HVAF pays my rent for the first 6

18   months, and then switch me over to a sister program and they pays the remaining 6 months at

19   half cost on a 12 month lease. I was approved because I was and still am Homeless, Living in

20   my car with my dog Loki since June 5, 2023.

21   October 20, 2023, my new Case Manage Danny Parks, placed me and Loki in a hotel. So we are

22   still homeless, but in a hotel instead of living in my car.

1    Getting back to Clair and the period between October 3 – October 20, 2023. Clair denied my

2    application for Jackson run and told the property manger to deny all of my application.  Not to

3    include HVAF as extra income, even though they were telling me I had been approved for the

4    program and they were going to pay my rent for 6 months and switch me over to a sister program

5    6 months later paying half my rent.

6    I had been working for Uber Eats for months, and during the month of August 2023 – September

7    223, I was averaging $2,500 - $2,800, a month.  D.R. Horton properties accepted HVAF as my

8    Guarantor for rent for my house.  With them listed as extra income I met their criteria for 3 times

9    the rent.  The rent for Jackson Run was $1875. Plus my income of $2,800 (using the high end)

10    that's $4675.  That was close enough to be approved because HVAF Guaranteed payment.

11

12    D.R. Horton's Sandlewood Homes Leasing Agent gave me a military discount and was giving

13    me a home for $1665.  With my income and HVAF's guaranteed rental payment that equated to

14    $4475.  Clair Neal and Lauren Mardis, Supervisor shot it down.  I wrote a formal complaint to

15    Emmy Hildebrant, Director of HVAF.

16    Emmy and I spoke.  She upheld their decision and threatened to kick me out of the program.

17    Please keep in mind, if I would have accepted either one of those homes in Fortville, IN, I would

18    have been accepted hands down.  I did not want to live all the way out there.

19

20    I later learned why Clair would have approved those homes in that area.  I met the female who I

21    suspect, to be the one who's stolen my identity and pretending to be me.  She said she had just

22    moved out to Fortville.  That she used to live in Noblesville, but it was expanding so she moved

23    out to Fortville, IN.  So that means the Human Traffickers who are following me, contacted

1  HVAF, and have bribed or convenience them to block me from every home I bring to them, and

2  move me out to Fortville, IN.  Loki and I were homeless and working Uber Eats in Carmel,

3  Westfield, Fishers and Noblesville, IN.  We parked the car at night at the Walmart, or Meijers

4  parking lot in Noblesville, IN area along with the 18-wheelere, other homeless people sleeping in

5  their cars, and the RV parked in the parking lot, or at Ascension St. Vincent De Paul parking lot

6  in Carmel, IN, alongside the other homeless people cars.  At that location there were only about

7  2 -3 other cars.  The male Hospital security person told me it would be okay for us to stay.  He

8  said he would not call the police on us.  That's why I felt safe in their parking lot, because like

9  Walmart and Meijers, they have cameras at several locations covering the parking lots.  At any

10  space I moved too I had at lease 3 cameras pointing directly at us.  I stayed visible for protection.

11  He offered it to us.

12                           **UBER EATS TECHNOLOGIES**

13  October 4th, 2023, I changed my direct deposit banking information and Uber Eats decided to

14  stop my instant pay immediately allowing me to cash out every night I work. Deliveries and

15  monies were missing from my log for several months I had complained about and they initially

16  told me their accounting office was investigating me.  I asked if I was being garnished? Uber

17  Eats said "No". I asked what was happening. Money and deliveries were missing from my

18  account, so I changed my banking information and I can't cash out.  So what has happened is the

19  following;

20  The human traffickers, this Ohio Crip gang from Cleveland , Ohio; the Warlords of Cleveland,

21  Ohio, and some White Klan Group here in Indiana, some aspect of these groups have contacted

22  Clair Neal, Tina Strayer, and Emmy, the Director of HVAF, showed and or convinced them to

23  review my false VA medical records with Zina's information in it, AGAINST all documentation

1   and Release of Information forms, I have signed for them, and try to force me into a nursing

2   home or institution like Birmingham Police Department and UAB Hospital in Birmingham,

3   Alabama falsely did back in 2020, that the U. S. Department of Justice, Civil Rights and Office

4   of Professional Conduct took action against on my behalf by forcing Judge Allen King to retire

5   within 3 weeks; debarred Thomas Diasio (rumored); fired 37 Birmingham Police Officers, and

6   fired the Chief 6 months later in May and June of 2020.  The Human Traffickers, the Crips of

7   Cleveland Ohio; The Warlords of Cleveland Ohio; and or the white Klan gang here in Indiana.

8

9   So I've been fighting for my freedom, for my constitutional rights, and my sanity 4 to 5 times

10   harder than any other person who has applied for assistance to HVAF or to attend Midwest

11   Bartending School, or at be temporarily housed at the Home 2 Suites Hotel I'm staying at, or to

12   work with Uber Eats, or to live in the community because HVAF, Uber Eats, Midwest

13   Bartending School have come together, by  monetarily gain, notoriety or fame, or greed to  steal

14   my identity.  I'm going to state the blockage by points:

15      1.  September 14, signing up VA SSVF Rapid Rehousing with Diedre Counter and being

16         delayed 2 ½ weeks while the men and other women are streamlined within 5 days or less.

17      2.  Claire Neal, Housing Case Manager immediately approving me for 2 houses ( a 2

18         bedroom house and a 3 bedroom house) she found for me in Fortville, Indiana, that I

19         declined, because I had found a 3 bedroom house in Noblesville, Indiana, an area I

20         wanted to live in, the area I was finding Walmarts and Meijer's parking lot to park at

21         night to sleep in my car in, and was the area I was working in; that was $200 cheaper a

22         month than the 2 houses she found in Fortville where I didn't want to live.  Claire, Emmy

1    and HVAF denied me.  They needed to deny me because the female who stole my

2    identity had moved there I learned later while taking the Bartender course.

3.   I went on to find 2 other D.R. Horton's house renting communities that met the VA

    SSVF Rapid Rehousing Program criterion, one of which the Leasing agent applied a

    military discount for me allowing me qualify for this property.

    The 2-bedroom community rent ran from $2200 to $2800 a month.  The 3-bedroom

    house me and the Leasing Agent agreed on was $1665 a month (a $500+ a month

    savings).  So "Rent Reasonableness" would have passed without fail for that area, for that

    home. HVAF, Emmy, the Director, and Claire Neal denied me.   They blamed D.R.

    Horton. They said they would not approve my application.  D.R. Horton did approve my

    application with HVAF as my rent guarantor since the program pays for the home for 6

    months and then the second part of the grants pays for the remaining 6 months at half

    price. At that time I was making approximately $2800/month.  With HVAF down as

    "extra Income", because the agreement I signed said I was accepted into the program and

    they would pay my rent at this interval, guaranteed me assistance up until my income

    exceeded $4675/month per Lauren, Supervisor; Clair and Danny, both Case Managers.

    Either way, them paying my full monthly rent at $1665 and listing them as "Other

    Income", and me making $2550+  to $2800+ a month working Uber Eats, allowed me to

    qualify for the home. **HVAF denied me.  They were keeping me homeless.  They**

    **needed to justify them moving me into nursing home or making me available to be**

    **human trafficked, raped, and my identity to be lived out by someone else.**

1     2 weeks I texted, emailed and had phone conversations with Tina Strayer, HVAF

2     Employment Specialist, and informed her that I had enrolled into Bartenders school and it

3     started October 16, 2023. Per the VA-SSVF-Rapid Rehousing Grant, for me to become

4     self-sufficient, I could continue with Uber Eats or train for another job. Enrolling into

5     Bartender's School for 2-week fit that criteria. They were supposed to pay my tuition of

6     $750. Tina waited until Friday, October 13, 2023 to call me with someone else in the

7     background talking to her, and told me, "Oh, Sherry, WE, don't think that would be a

8     good move for you. WE are not going to pay tuition." I asked her whose "WE". She was

9     referring to the person beside her while we were on the phone. I told her she nor HVAF

10    determines if I'll be attending class or not, I'm going. I'll pay for it myself, even though

11    by me being homeless, living in my car with my dog automatically qualifies me for both

12    the program and for you all to pay tuition. I confirmed with the school that I would be

13    there that Monday, October 16, 2023, and I was.

14    Tina needed for me not be working or going to school. She said I didn't qualify for all

15    aspect of the grant. Being in my situation, I qualified 100% for ALL aspects of the grant.

16    She and HVAF didn't want me to have the grant. They were collaborating with someone

17    else to keep me homeless, and without money, because Uber Eats had started blocking

18    my daily and weekly pay outs.

19    By me not working for Uber Eats, because I was not going to work for free, and not

20    going to school, this would have removed the grant, because I had to have some income.

21    They would have kept me homeless, and prevented me from working, because they

22    contacted Uber Eats, to verify employment and I believe this was the reason, all of a

23    sudden Uber Eats withheld my daily pay, barred me from cashing out daily and held up

1    my weekly payouts for almost 2 weeks, telling me their Accounting department was

2    investigating my income.  I was not being garnished, they confirmed.  They had not

3    overpaid me.  They actually deleted a few deliveries off my log, stole money from me

4    and stole my tips.  For the year I've worked for them I had made several complaints

5    regarding missing deliveries, missing tips, and my wages being shorted.

6    I believe Tina was working with Human Traffickers, gang members, someone contacted

7    her and told her to prevent me from moving forward.

8    4.  I told Tina the day I would graduate class.  I told her the uniform and tools, I would need

9    help getting. Under the grant, some bill payments are covered like; storage fees in

10   Indiana, car insurance, tuition; food, gas for my car; household items, referrals to

11   attorneys and they pay the retainer fee; old utility bills; any blockage that would prevent

12   me or a homeless person from becoming housed or self-sufficient.

13

14   5.  Uber Eats stopping my instant cash out payments and stole my deliveries and monies.

15   This stopped me from buying food for me and my dog. Getting gas so I could continue to

16   work.  Buying the things, we needed to keep my car working well and me and Loki

17   functioning.

18

19   They started shutting down avenues that allowed me to function. Attaining viable reliable

20   employment.  Having food for me and Loki.  They needed to remove me from being in

21   plain sight in society, because now the human Traffickers, gang members, had HVAF

22   covering for them so they could continue to allow someone to continue to steal and live

23   my life using my name.

S. A. W.

1    In this community of Whitestown; Noblesville; Indianapolis period people here regard

2    me as the "IMPOSTER" who stole my own Nutritional Beverage Company, Restore &

3    Evolve, LLC.  They call me a prostitute or whore behind my back.  (*I haven't had*

4    *consensual, conscious intercourse since June 25, 2019 in Hawaii with my then ex-*

5    *boyfriend, Saleen.*  The <u>men</u> who are running around here calling themselves by his

6    name, which is Saleen, are not him.  Also, I've been divorced since 1996.  Married only

7    once.  My ex-husband's name is David Martin Wiley.)  There is so much HATE

8    surrounding me.  People know the truth, but they still speak lies.

9

10    The police, Sheriff and/or the State Police, know my car and follow me around whenever

11    I go into stores to buy food or supplies me and Loki needs.  I'm the focus of the

12    community as an "IMPOSTER", and whore.  They have stolen my identity to facilitate

13    the girl who is walking around here pretending to be me.

14    6.    The 2 week course at Midwest Bartending School, Cliff Rawley, Instructor; Richard

15    Devlin, Owner; and others exploited me, failed me, implied and called me a "slut",

16    implied that I was crazy.  Cliff Rawley, Instructor, called me an Ass-hole on the first day

17    of class, by starting the class instruction describing how an event the school covered in

18    Kentucky – the people that were present from Cincinnati, Ohio were all Ass-Holes" and

19    looked directly at me when Cliff said this.

20    7.    Me and another classmate, Yousef, (another minority student.  He left the course after 3

21    days.), were talking about where we were from so I had just stated I was from Cincinnati,

22    Ohio, when Cliff came into the bar to stop everyone from talking and to start the classand

23    made this statement. From that moment throughout the entire 2 weeks any sexual names

1   of drinks; sexual connotations or sexual mnemonics to help us remember recipes

2   regarding the names of drinks, he would emphasize the name, change his tone

3   aggressively, roll his eyes and look intensely at me as to project that statement towards

4   me, and his entire body language he'd face me. For instance, "Buttery Nipple", "Sex on

5   the Beach", "Woo Woo Shooter", "Silk Panties", "Quaalude Shooter", "Orgasm",

6   "Multiple Orgams", He barked this one at me "Blow Job", "Red Head Slut", just to name

7   a few.  He told us the fruit juices had sexual connotations.  The peach in Peach Schnapps

8   he told us to consider a sexual connation referring to a woman's butt.  Cranberry juice

9   referred to a woman's vagina, when he gave the mnemonic referring to the  drink "Sex on

10  the Beach".  He said, "Pale Pink – Good Drink", "and orange juice he stated for us to

11  remember it by this, "You SQUEEZE oranges to make orange juice; and its shape

12  remember, "Banging on the beach."  So the orange we were to image banging or having

13  sex on the beach.  Then he looked to me as to infer I was the someone having sex on a

14  beach.  He did this the entire class with every drink.  He made some kind of sexual

15  imposition and looked at me.  The class knew those comments he was projecting to me,

16  by they just giggled or smiled.

17  8.   The second day of class other people just walked into the class and started reciting parts

18  of my lawsuit case I filed in New Orleans, Louisiana, May 2021, naming how the Human

19  Traffickers who called the Manager at the San Francisco Airport had a Russian accent,

20  and naming Thomas Diasio, The attorney from Birmingham, Alabama.  What Cliff did

21  was held the bottle from the liquor company Diasio and barked his name hoping to get a

22  response from me.  I didn't give him a response, but I did turn around and asked the 2

1    girls who was not in the class and did make the statement did you just recite my case I

2    filed in federal court? They didn't respond.

3    9.  **The bartending school tripled their enrollment in the first 3 days of class**, because I

4    was attending, and Cliff, the Instructor was verbally abusive and harassed me every day.

5    So, people came to enroll because I was being exploited, verbally abused, and they felt

6    they could do the same as well.

7    10. October 19, 2023, Jimmy, Staff Instructor stated in class that their enrollment had tripled

8    in the last 3 days looking at me.  The school was exploiting me, and broadcasting it, and

9    people were enrolling into school because of it, so it was already determined for me to

10    fail. (This is why I'm stating mental anguish, hate crime, stalking, harassment…).

11    11. Cliff and the school instructed the other 3 students of the class to apply for their permit

12    and they received their 3-year Permit Indianan Alcohol and Tobacco Commission card in

13    the mail between October 20 – 23, 2023, before Cliff told me about it, and he went over

14    in class October 25, 2023. He had already given them the information, qualified them,

15    given them their Registered Service Card and had them apply and not told me about it

16    until we went over it as listed in the syllabus October 25, 2023.

17    12.  In the beginning of class, it was stated if we missed 1 day, we would need to start over.

18    If we're more then 15 minutes late, we can't come to class that day.  I was the only one in

19    class Monday, October 23rd, 2023. There's a guy who comes late every day for class and

20    he's received his State of Indiana Employee Permit Card that Cliff Rawley, Instructor has

21    approved him for.  I was present every day.  During test Cliff marked some of my rights

22    answers wrong.  We studied one way for the mid-term and final and it was given

23    differently.

S. A. W.

Page **74** of **90**

U.S. District Case _____

Wiley vs Dept. of VA

13. Cliff Rawley graded our State Server's Certification.  I got 1 wrong out of about 20 questions.  He told others I failed.

14. Jimmy gave us and graded our final. He marked my right answers wrong. i.e.  The first question was name 4 drinks that have Vodka and Cranberry.  I named Madras, Cosmopolitan, Sex on the Beach, and Cape Codder.  All of these drinks have Vodka and Craneberry.  He marked Cosmopolitan and Sex on the Beach wrong.  He named Sea Breeze and Bay Breeze, which also have cranberry juice and vodka in them.  He did not specify Highball drinks.  The question was name 4 drinks with Cranberry and Vodka in them.

15. They failed me.

16. *I believe they gave my Bartenders Certification to the girl who started the class two days into the course, in my name.  The girl whose stole my identity was taking the course and in my class. This is the same girl who stated she lived in Noblesville and just moved out to Fortville, IN.  The reason why Calir of HVAF only allowed me to be approved for housing in Fortville, IN.   I believe they submitted the State of Indiana Employee Permit form that goes to the Indiana ATF under my name and gave it to her.  I'll confirm this when I file the subpoena for the State ATF office to retrieve this information.*

17. Every day I was present Cliff harassed me and I talked with Savannah and Jimmy about, only to be reminded I signed a Contract to pay them $750.  I told Savannah I didn't sign a contract to be harassment, mentally anguished, inferred that I was a slut, or anything derogatory like that. I'm finishing up my certification online with a different State qualified Bartending company that costed me $25. For the Mixology class and Indiana

1     State Server's Registration licensure. I'm making 100% and my lowest score is 90% so

2     far. I told Savannah that I was not honoring the contract because they didn't honor their

3     agreement regarding the Sexual Harassment from Cliff and Jimmy.

4     18. Working Uber Eats, Going to School, Renting a house, I'm blocked by HVAF.

5     19. Receiving services, I qualify for through HVAF I'm blocked and given the run-around.

6     20. Going around in the community I'm on the Police, state officials' radar and they follow

7     literally follow me around.

8     21. People in the community make comments about me being an "Imposter"; call me

9     "Crazy", going back and forth from the hotel to school, some have tried to run me off the

10     road on the highway.  They follow me to school.

11     22. General Managers at the Hotel 2 Suites, wait until they see me coming in and make

12     comments to their staff saying so I can hear, "Oh she's slow".  If I call corporate and they

13     run the surveillance cameras, they will see the harassment, but they will only kick me out,

14     and I'm homeless back in the car with my dog Loki.

15     **Uber Technologies**

16 I started working for Uber June 2022 to November 2022, and April 2023 to present. Every

17 holiday that comes around my deliveries stop. There's a problem with my pay, so I don't receive

18 it or I don't receive all of my pay for which I have made deliveries.  They have repaid me three

19 times for shortages in my deliveries. My payment for my deliveries from October 4, 2023, to

20 today, October 11, 2023 have stopped.  I have not been paid since October.  I'm not being

21 garnished.  I'm not married so there are no joint accounts.  Columbus Day was October 9th, 2023.

22 I've called Customer Service, Earnings Dept. over 10 times.  I'm told there was a problem with

23 my card. My bank refused payment. Uber Financial Dept is investigating my earning and this

1    could take 3-5 business day.  There's never any logical, concrete answer. Lastly my Earning

2    show that I was paid I full for this week, when I have not received my pay at all.

3    *I'm a target for anyone to steal from me, envade my privacy or HIPAA Rights, violate my*

4    *Constitutional and Civil Rights, Human Traffickers, Rapists, or stop my livelihood job wise*

5    *period. I'm filing another financial police report with the local police dept.*

6

7    **VA State Office, Indianapolis, Indiana, November 1, 2023.**

8    Monday, October 30, 2023, I went to a VFW location to ask for a one time financial assistance

9    for food and gas so I can continue to work and eat.  I gave them my DD214 from my service in

10    the U. S. Army and saw it looked tampered with around my signature area. I have never signed

11    my name using rounded letter "R's" in my first name, "Sherry".  My "E's and R's" have a

12    calligraphic type print to them.  I have always signed my named to some aspect this way since

13    high school 1984 when I graduated.  My DD214 has been tampered with.  So, I texted Michael

14    R. Stephens, VA State Director, and his significant other. I met Eve at the VFW in Carmel, IN,

15    and she told me her boyfriend wanted to meet me and could assist me with my VA Claim.  This

16    was back in September 2023.  I texted him to see if we could meet regarding this.

17

18    November 1, 2023 he and Eve texted me Mike had taken ill and I would meet with Kimberly

19    Green. That was fine. I met with her at their VA State Office location downtown. I showed her

20    my certified tampered DD214 copy and asked her if there was a way I could re-sign my DD214.

21    She said, "NO".  I explained to her why I felt my DD214 had been tampered with.  I let her know

22    that my wallet was stolen a few weeks back and I had to get all my ID's, Debit cards, etc. resent

23    and had spoken to and made enough noise to the right persons that whoever took my wallet a few

1    days later put it back on my front seat while I was at Walmart in Noblesville.  I had just noticed

2    my DD214.  Kimberly Green was meeting and talking to me, but on her laptop and phone she

3    was speaking to someone else.  They had said to her I her ear pod or on her screen, "Did my VA

4    picture match me?",  While I was speaking to her, she whispered, "Yeah, she matches the picture

5    ID…".  We continued to talk.  She copied, "supposedly" my Arkansas Driver's License; my VA

6    Identification Card, and my Honolulu Hawaii Military Base Access Card I had given her for

7    Identification purposes.

8    I need for my signature to be on my DD214.

9    I need to ensure that all of my signature and information are mine.  In the civilian world I have

10   several entities changing this.  VA California has changed this.  I'm fighting to have my entire

11   life, medical and administrative VA files corrected, and at the VA State level, they won't do it.

12   There's more details that will come out during the trail.

13   Last night, November 2, 2023 approximately 11:40 p.m., Loki and I woke up to a strong pungent

14   smell coming from the A/C unit in our hotel room.  I called the front desk, because this is the

15   third time and the second room change I have requested since we've been there, October 20,

16   2023. I requested for the third time to switch rooms.  The FFA (Future Farmers of America

17   convention is going on, and everyone was due to check out this morning, November 3, 2023.)

18   He said he could change my room tomorrow. The front desk person, Aaron Willis, came up.  I

19   opened the door and the woof of chemicals smacked him in the face because he leaned back and

20   his eyes got big as quarters when I opened the door.  He brought up a new large can of Lysol and

21   a Cinnamon air freshener.  I called and went back down to the front desk to ask him to write a

22   note saying that he witnesses the smell coming from the vent.  He did with no reservations.  He

23   apologized for the inconvenience and said they would switch my room today.  He was very nice

1  about the whole ordeal.  Most importantly, he didn't pretend he didn't smell anything like the

2  other 2 female employees did the other 2 times I called to switch rooms.

3  **<u>RELIEF SOUGHT</u>**

4  ***Torts, Punitive, Compensatory, Treble damages under the Clayton Act of Antitrust law for***

5  ***each occurrence time 10 for each state since then.  Because all of these same events keep***

6  ***repeating in every city and state.***

7  From August 2016 to present: San Jose, CA; Campbell, CA; San Jose Airport, CA; San

8  Francisco International Airport , CA: Honolulu, Hawaii; Kapolei, Hawaii; Birmingham,

9  Alabama; Harvey, Louisiana; Fayetteville, AR; to Centerton, AR; Strongsville, Ohio; Cleveland,

10  Ohio; Stark County, Ohio; Canton, Ohio; Sandusky, Ohio; Fort Wayne, Indiana; Marion,

11  Indiana; and now Noblesville, Indiana.

12  ***I ask this court to*** charge all the defendants Criminal Charges for the above listed allegations I

13  have listed.

14  ***I ask this court to*** award me $100 million dollars for each occurrence, because most of the

15  defendants are sworn personnel and pillars of the community who know/knew exactly what their

16  actions were and their responsibility to the community in which they were elected to or sworn

17  into; and the others have been licensed to work as Social Workers or public authorities who lives

18  are supposed to be integral.  Community Role Models and authorities who are representative of

19  VA grants to homeless veterans.

20  **I ask this count to consider** the time lost and contributions I could have made to society if I had

21  the ability to continue in my pursuit to become a Pathologist or Etiologist, and continued my

22  education.

1   **I ask this court to** consider the lives that would have been blessed, physically, mentally and

2   spiritually by my now 2 companies and the 3rd I'm about to launch, either in their health and

3   longevity, sustainably as far as being a food source regarding my fish hatchery. Being a

4   nutritional source regarding my Nutritional Beverages that would have been (will be certified by

5   USDA and FDA for WIC, Food Stamps/SNAP and all people). All the money I could have made

6   to date. All the government contracts and civilian contracts domestic and foreign.

7   **I ask this court to** consider my life. The physical damages I've received from the defendants

8   themselves, the mental cruelty and humiliations, the defamations I'm powering through daily.

9   To Please considered the laws broken and crimes committed I listed on the first page of this

10  Complaint. Please consider their actions and their negligence. The stress and distress. The

11  RAPE(s), assaults that *I couldn't protect myself from, because I was drugged, gassed, and*

12  *unconscious, by the coward Rapists or human traffickers*. The scars left on my body I woke up

13  to after being assaulted and raped. Them leaving pills or medication on my tongue to slowly

14  dissolve in my mouth not knowing if I was allergic to them or not, while in my own car minding

15  my own business.

16  **I ask this court to** consider the humiliation, defamatory actions of the defendants and their

17  employees in knowing what they were doing was wrong, but they with a sound mind made they

18  decision to do their deeds.

19  Every organization I have made it clear that I am not married. It's just me and my dog Loki. But

20  knowing the truth still collaborate to steal my life, my livelihood, my likeness, my businesses,

21  my name, my signatures, everything. All of this is intentional and malicious.

22  At any time, these people could have killed me while I was unconscious.

S.A.W.

1    Anytime I could have awaken in miles away or in another state or country, chained up and

2    missing.  Anything could have happened to me while I was unconscious, unable to defend

3    myself, after reaching out to ALL law enforcement in several states.  Please take this into

4    consideration when you accept this case.  Thank you. On this 3rd day of November, 2023

5

6

7    Sherry Ann Wiley 11/03/2023

8    Sherry Ann Wiley

9    4522 Maplecrest Road, #376

10    Fort Wayne, Indiana   46835

11    419-239-5203

12    Temporary Mailing Address only

13

14    Included :- Flashdrive with MOST of the videos

15    And pictures.

16    - Grievance Letter from HVAF

17    - My CV's (2)

18    - Letter from Aaron Wilke, Home 2 Suites

19    + IFP

20    - Marshall 285 forms

21

22

23    S.A.W.

1    **CERTIFICATION OF CLOSING/ and MAILING**

2    U. S. Department of Veterans Affairs

3    Denis McDonough, Secretary of Veterans Affairs

4    1600 Pennsylvania Avenue NW, Washington, DC 20500

5    (202) 456-1111

6

7    Mona Bozzi, Counsel for Palo Alto VA Regional Medical Center

8    Palo Alto VA Regional Medical Center

9    3801 Miranda Ave building 6, Palo Alto, CA 94304

10   (650) 493-5000

11

12   Christina Savage, Case Manager for VA San Jose, CA

13   Palo Alto VA Regional Medical Center

14   3801 Miranda Ave building 6, Palo Alto, CA 94304

15   (650) 493-5000

16

17   Rhonda Stanton, Supervisor for Case Managers, VA San Jose, CA

18   Palo Alto VA Regional Medical Center

19   3801 Miranda Ave building 6, Palo Alto, CA 94304

20   (650) 493-5000

21   U. S. DEPARTMENT OF THE TREASURY, Internal Revenue Service (IRS)

22   Danny Werfel, Director (responsible for his organization & unnamed employees)

S.A.W.

1    1500 Pennsylvania Avenue, NW

2    Washington, D.C. 20220

3    (202) 622-2000/ 1-800-829-4933

4    **And**

5    1111 Constitution Ave. NW

6    Washington, DC 20224

7

8    U. S. Federal Bureau of Investigations Headquarters

9    Richard Wray, Director (responsible for his organization & unnamed employees)

10   935 Pennsylvania Avenue, NW

11   Washington, D.C. 20535-0001

12   (202) 324-3000

13

14   Marion Police Department

15   Marion Municipal Building

16   301 S Branson St #196

17   Marion, IN 46952

18   Angela Haley, Chief

19   Marion Municipal Building

20   301 S Branson St #196

21   Marion, IN 46952

22

23

S.A.W.

Page **83** of **90**
U.S. District Case _____
Wiley vs Dept. of VA

1    Detective Josh Zigler

2    Marion Municipal Building

3    301 S Branson St #196

4    Marion, IN 46952

5

6    Detective Mark Stefanatos, Supervisor

7    Marion Municipal Building

8    301 S Branson St #196

9    Marion, IN 46952

10

11    Officer Tyler Hartzell

12    Marion Municipal Building

13    301 S Branson St #196

14    Marion, IN 46952

15

16    U. S. Department of Energy

17    Jennifer Granholm, Director (responsible for her organization, named and unnamed employees)

18    1000 Independence Avenue, SW

19    Washington, DC  20585

20    202-586-5000

21

22    U. S. Department of Energy

S.A.W.

1    Katherine Page, Director of DOE – EERE Grants

2    1000 Independence Avenue, SW

3    Washington, DC  20585

4    202-586-5000

5

6    U. S. Dept. of Energy, Office of Inspector General

7    Teri Donaldson, Inspector General (responsible for her organization, named and unnamed

8    employees)

9    1000 Independence Avenue, SW

10    Washington, DC  20585

11    202-586-1818

12

13    U. S. Dept. of Energy, Office of Inspector General

14    Scottie Williams, Director of DOE OIG (responsible for his organization, named and unnamed

15    employees)

16    1000 Independence Avenue, SW

17    Washington, DC  20585

18    202-586-1818

19

20

21

S.A.W.

1    U. S. Dept. of Energy, Office of Inspector General

2    Scott Williams, Case Manager Supervisor (responsible for his organization, named and unnamed

3    employees)

4    1000 Independence Avenue, SW

5    Washington, DC  20585

6    202-586-1818

7

8    Department of Energy FOIA and Appeals employees

9    Ingrid A. Kolb, Chief FOIA Officer (responsible for her organization, named and unnamed

10    employees)

11    FOIA Requester Service Center

12    1000 Independence Avenue, SW

13    Washington, DC 20585

14    Phone: 202-586-5955

15    Fax: 202-586-0575

16

17    U. S. SBA (U. S. Small Business Administration)

18    Isabella Casillas Guzman, Administrator (responsible for her organization & unnamed

19    employees)

20    409 3rd St SW

21    Washington, DC 20416

22    1-800-827-5722

1    The U.S. Department of Health & Human Services (HHS)

2    Hubert H. Humphrey Building

3    Xavier Becerra, Secretary

4    200 Independence Avenue, S.W.

5    Washington, D.C. 20201

6    Toll Free Call Center: 1-877-696-6775

7    **HVAF (HELPING VETERANS AND FAMILIES)**

8    Emmy Hilderbrand, CEO (responsible for her organization & unnamed employees)

9    964 N Pennsylvania Street

10   Indianapolis, IN 46204

11   317-951-0688

12   HVAF@HVAF.org

13

14   **Brightpoint's SSVF**

15   Kim Carpenter, *Vice-Chairperson*

16    227 East Washington Boulevard

17   Fort Wayne, IN 46802

18   260-423-3546 / 800-589-3506

19

20   **Noblesville Mayor's Administration**

21   Chris Jensen, Mayor

22   Chad Knecht, Public Safety Director

23   16 S 10th Street

S.A.W.

1    Noblesville, IN 46060

2    317 776-6324

3

4    **Division Chief of Noblesville Firehouse**

5    James Macky, Division Chief Firehouse, (responsible for his organization & unnamed

6    employees)

7    D. Parker, Paramedic

8    Public Safety Building

9    135 S 9th Street

10    Noblesville, Indiana 46060

11    (317)770-1419

12

13    **Brightpoint's SSVF**

14    Kim Carpenter, *Vice-Chairperson*

15    Melissa McClure, Assistant Director for SSVF Homeless Program

16    Tattenai Hall, Housing Case Manger

17    227 East Washington Boulevard

18    Fort Wayne, IN 46802

19

20    **Flying J's Pilot Travel Center**

21    James A. Haslam II, Founder and Chairman Emeritus (responsible for her organization &

22    unnamed employees)

23    Eric Sunshimer, Assistant Manager

S.A.W.

1    Tiffany Bisher, General Manager

2    5508 Lonas Drive

3    Knoxville, Tennessee 37939

4    **AND**

5    6255 State Rd 18

6    Marion, IN 46952

7    (765) 673-0059

8    media.relations@pilotflyingj.com

9

10    **Uber Technologies Headquarters/ Uber Eats Deliveries**

11    Dara Khosrowshahi, CEO

12    1455 Market Street

13    Suite #400

14    San Francisco, CA 94103

15    1-800-253-9377

16

17    **Midwest Bartenders School**

18    5759 East 86th Street

19    Indianapolis, IN  46250

20    Richard Devlin, President

21    Cliff Rawley, Senior Instructor

22    **Sandusky Police Department**

23    222 Meigs Street

S.A.W.

1    Sandusky, Ohio  44870

2    (419) 627-5863

3    Jared Oliver, Chief of Police

4

5

Sherry Ann Wiley @ icloud.com

# SHERRY ANN WILEY

SHERRYANNWILEY2022@GMAIL.COM

## PROFILE SUMMARY

Certified Advanced Pathophysiology: Hematology; Certified Advanced Pathology: Intro. to Pathology; Formerly Certified Phlebotomist (expired); Nationally Certified Medical Administrative Assistant; Certified AED, CPR, 1st AID – Physician's level.  20 years collectively as an Executive Administrative Assistant, Medical Administrative Assistant, Administrative Assistant, and Unit Secretary.  Three years collectively in Biological/Molecular Sciences with a Minor in Biological Psychology.  9 years collectively in the U. S. Army, Army National Guard, and Army Reserves.  Honorably Discharged with Awards.

## EXPERIENCE

**Restore & Evolve, LLC**                                    **December 13, 2021 to Present**
**Owner/CEO**
Nutritional Beverage Company.  Started and registered with the Arkansas Secretary of State.  Converted to Ohio Secretary of State, August 25, 2022. While seeking to become funded, I produce, market, sell, distribute, submitted taxes, etc., for my company.  I am Certified as a Veteran Owned Business with the State of Ohio. Registered with Sam.gov. Obtained my Entity Identification Number from the Federal Service Desk and Sam.gov, allowing me to sell to Federal, State, and County governments nationally as well as their foreign affiliates.  Registered with Duns & Bradstreet.  Seeking funding.

**S. A. Wiley Sustainable Fresh Farmed Fish Hatchery, LLC**       **January 1, 2020 to Present**
**Owner/CEO**
Once funded, facility will be state-of-the-art, innovative, green energy, fish hatchery that will produce 4 metric tons of fish per batch per tank, (8.8 million 1 lbs. fish per species, even though each fish will weight substantially more than 1 lbs., in this humongous tank.). Registered with Duns & Bradstreet.  Seeking Funding.

**Kelly Services**                                    **January1, 1988 to February 2011**
**Executive Assistant, Administrative Assistant; and Medical Secretary in Ohio, Georgia and California**.
Supported Directors, CEO's Managers and Upper Management administratively completing various duties: Creating operating manuals for various corporations and companies; created Excel spreadsheets and accounted for inventory; bookkeeping and ledger entries; travel and office expenses.  Typed and created official confidential correspondence; business letters and office correspondence, memos and notes, and distributed to other office and staff executives and staff members.  Coordinated and resolved payroll concerns; travel expense statements; air travel; hotel reservations and car rentals.  In the medical arena, transcribed medical entries and tapes and incorporated them into patient's electronic charts.  Completed fax, or mailed out correspondence to referring physician's offices.  Maintained and secured confidential patient's charts and X-ray charts who were weekly and bi-weekly visitors.  Coordinated surgeries with the Surgical Department Schedulers for patients and other duties as needed.

**U. S. Army and Army Reserves**               **November 1984 to August01992**
**Army National Guard**                        **October 2000 to October 2001**
**Chaplain's Assistant**

Honorably Discharged with Awards. Trained and Certified as an Executive Assistant in the U. S. Army's A.I.T. (Advanced Initial Training.). Successfully completed all duties of a Chaplain' Assistant. Maintained Field, office, and Chapel's books, hymns, Communion, chairs, tables and equipment, vehicles, furniture, and field equipment, field gear, and other equipment for the Chaplain. Carried an M16 or 9MM firearm to protect my Chaplain in the field and as needed. Outreached/Social Work to soldiers who did not feel comfortable speaking to an Officer (Chaplain), but had other emergent needs that needed to be accomplished for themselves or their families in the rear as they were in the field. Completed other duties as appointed by the Chaplain. In some situations acted as Chaplain's Liaison.

**Speedway**                                   **January 2023 to February 2023**
**Assistant Store Manager**

As a Store Manager Assistant Trainee, responsibilities were as follows, but not limited to: inventory/accounting for all brand-named cigarettes, cigars, tobacco snuff and chews, vapes, tobacco roll papers, and vape devices. The sale of all types of alcoholic beverages, while carding/checking for each person's State Identification and age requirement for each sale. Replenishing tobacco, vape, and store merchandise supplies/items as they diminished. Cleaned and sanitized register, customer key pads and credit card terminals periodically throughout shift keeping in step with personal COVID 19 ethics, and securing safety for customers.

**Door Dash/Uber eats/Grub Hub**              **March 2022 to November 2022**
**Delivery Driver**

Received cell phone requests for Door Dash/ Grub Hub/ Uber Eats to pick up and deliver various merchandise, and/or food items, from various retail stores, pet stores, restaurants, and food trucks. I delivered to the customer who made the purchase through one of my three employers. Pay rate varied with each delivery.

**Emory HealthCare Systems**                   **June 1996 to August 1997**
**Medical Secretary to Pediatric ENT and Medical Oncology Departments.**

Transcribed medical entries and tapes and incorporated them into patient's electronic charts. Completed faxed, or mailed out correspondence to referring physician's offices. Maintained and secured confidential patient's charts and X-ray charts who were weekly and bi-weekly visitors. Coordinated surgeries with the Surgical Department Schedulers for patients and other duties as needed.

**Gaps in employment are periods when I was either in College pursuing my Bachelor Degree in Biological/Molecular Sciences with a Minor in Biological Psychology; Managing my Family or Household; or homeless.**

Sherry Ann Wiley @ icloud. com

**Sherry Ann Wiley**

**sherryannwiley@icloud.com**

---

## PROFILE OBJECTIVE

Certified Advanced Pathophysiology: Hematology, Certified Advanced Pathology: Intro. To Pathology, Formerly Certified Phlebotomist (expired), Nationally Certified Medical Administrative Assistant, and 20 years collectively as an Executive Administrative Assistant, Medical Administrative Assistant, Administrative Assistant and Unit Secretary. Honorably Discharged with collectively 9 years of service as a Chaplain's Assistant in the Army, Army National Guard and Army Reserves.

## EDUCATION

- **Long Beach City College – Psychology and Biological Sciences (Marine Biology)- December 2021**

- **American Heart Association – Certified AED, CPR & 1st** AID- May 5, 2019

- **Kapiolani community college** – Phlebotomist - Diamond Head, Hawaii. **(didn't complete internship. Completed classroom requirement.)** May 2019

- **University of Kentucky; School of Nursing / Continuing Education – Certification** – Advanced Pathophysiology Module 2 Hematologic Disorders – Lexington, KY, **J**une 2017

- **South University** – Savannah, GA
  Allied Healthcare and Medical Administration. October 2010 – march 2013

- **University of Kentucky; School of Nursing / Continuing Education – Certification** – Advanced Pathophysiology Module1: Intro. To Pathology – Lexington, KY, August 2012

- **Clackamas Community College** – Microbiology - Oregon City, or, march 2011 – June 2011

- **Ocean County College** - Toms River, New Jersey
  Psychology with special admittance into Forensic Science course.  January 2015 – May 2015

- **University of Maryland University College** –Adelphi, MD
  Psychology, minor in biology.  October 2013 – May 2014

- **National Healthcare Association Certification** – National Certified Phlebotomy Technician, Leawood, KS, expired, may 2011

- **Harvard Extension College** – Cambridge, MA Theological coursework, January 2005 – May 2005

**Sherry Ann Wiley**

**MILITARY**

- **U.S. ARMY** AND **ARMY RESERVES**    1984 - 1992
  Chaplain Assistant, Rank E4; Trained as an Executive Assistant for Chaplains Honorably
  Discharged with Awards for both tours of duty.


- GEORGIA ARMY NATIONAL GUARD   2000 - 2001
  Chaplain Assistant, Rank E4
  Honorably Discharged with Awards

**Sherry Ann Wiley's GRIEVANCE to Emmy Hilderbrand, CEO of HVAF (Helping Veterans and Families.org)  regarding Housing under HVAF and Case Manager, Claire Neal.**

Thursday, September 14, 2023, I applied for HVAF's SSVF (Supportive Services for Veterans and their Families) – VA Grant with Deidre Counter, Intake Worker for HVAF.  Tuesday, October 3rd, 2023 almost 3 weeks later, I was assigned to Claire Neal, Housing Case Manager for Rapid Rehousing under the SSVF – VA Grant.

Wednesday, October 4th, 2023 I went into their offices and signed the "Required documents" and "other documents" Claire said I had to sign, or I would not be in the Rapid Rehousing Program. Since this is a VA supported organization and not the VA, they can use my VA Medical Card as validation for being a veteran, because they know to receive the pictured VA - ID card VA Eligibility has already been determined. Like a driver's license for credibility for a viable state and federal ID. Claire had me also fill out three forms that were not required to be completed for Rapid Rehousing.

The universal form for a list of all agencies, some not even associated with the VA to have access to my home at any time for a wellness check.  I told initially told her "no".  That violates my HIPAA Rights and Privacy Rights. She said it was required and we could not move forward with the process. She lied. This form is not required for SSVF enrollment.

She required I fill out a VA Release of Information (ROI) form and listed a host of other agencies.  It was labeled a "Universal Release of information", to be accessed at any time from any one of those agencies. I told her "no".  She lied and said she could not move forward with the process. So, in each section of the ROI I hand wrote, "No medical information", and put my initials.  So, on this release of information from the VA I signed for all organizations I stated in

in every section not to release any information, so that only leaves my demographics. Date of Birth, Name, Address (Homeless – which qualifies me for this grant program), and Social Security number.

October 3rd, 2023, Claire texted me 2 addresses. 2 Housing to look at that I could move into immediately in Fortville, IN, both for $1200. One house was a 2-bedroom house, and the other was a three-bedroom house. She said these could pass rent reasonableness and I could be housed immediately. I didn't like either home. I drove out there. I was not interested in these homes. I had actually found a home in Noblesville, Indiana, in the area I wanted to live in and in the town I was working in, for $1000/ month by Owner. Claire said no. We didn't move any further with any of the homes listed above.

I was referred to D.R. Horton rental homes by a realtor. I went to 3 of their 4 properties I was made aware of around Indianapolis area. Spoke to the Leasing agents in Whitestown, Indiana, filled out an application for the rental property. The gentleman for their property showed me this:

> All their 2-bedroom homes in Prairie Town rented for $2200 and above. This is the normal mid-range for all 2-bedroom homes in Whitestown, Indiana. In Jackson Run he had a 3 bedroom for $1875. Almost $400 lower a month for a 3 bedroom verses their 2 bedrooms. So, I was getting a 3 bedroom for **BELOW the Market rate for a 2 bedroom in the area**. Of course, this would pass rent reasonableness.

This is the same scenario Claire presented to me in Fortville when she gave me the 2-bedroom house and the 3-bedroom house to look at October 3rd, both renting for $1200.

So, when I filled out the application, and toured the discounted 3-bedroom home at Jackson Run with Jacqueline, the Leasing Property Manager she told me the eligibility.

Yesterday, I turned in my application stating the following information. My income range from working Uber Eats which fluctuates from $2583 – $2850/month and as other income the guaranteed rental payment from HVAF since I have been approved for SSVF – Rapid Rehousing Program guaranteeing my rental payment for 3 months and then another 3 month at 100% considering my now income, and the 50%+ rate the following 6 months with their sister program to complete the year of housing assistance from HVAF. I calculated my income and HVAF contribution for full rent as extra income. Because it's a guaranteed payment from HVAF to D.R. Horton's Jackson Run's Property, that carries more credibility in ensuring payment so this better my chances and decreases the deficiencies in my application. All of that was thrown out of the door when Claire stated I was not fully in the program and it was not guaranteed I'd get the rental assistance...BUT, I'm APPROVED and am fully vested into the HVAF – SSVF – Rapid Rehousing Program. Double Standard.

Jacqueline stated that HVAF had been approved by her Regional Manager as a Guarantor for my lease on the property. They would accept the W9. We called Claire.

Claire tells me that I would not be approved and blamed the rental property. I put her on speaker. **She said I was not guaranteed payment.** Jacqueline's and my face dropped. We both were surprised, I was humiliated. She said I was not going to be approved because I was not fully into the program. I stopped her and asked. Am I approved for SSVF's Rapid Rehousing?

ʃ.A.W. — ʒ

Claire said "Yes". I said, "So, if I'm approved for the program, why are you saying I am not fully enrolled into the program? She claimed it was not her, it was Jackson Run.

What has happened, Claire and Jacqueline spoke earlier in the day after I turned in my application. **Claire told her not to rent to me**. Claire is working with my stalker or someone else to prevent me from being house, to try to substantiate some falsehood pertaining to my mental ability and being homeless. There are benchmarks in psychology that benchmarks a person's mentally being homeless and living on the streets. Claire is trying to facilitate this falsehood. AGAIN, I have NOT given HVAF permission or access to my VA Medical records because on the form I wrote in all section of the ROI, "NO MEDICAL INFORMATION", and signed with my initials. In every section of the ROI. Again, that only leaves my demographics information to be shared. My medical records are not my history and I'm in process of getting this corrected legally.

It was approved for me to accept either the 2 or 3-bedroom in Fortville, IN, but in the areas I work in and want to be housed in, Clair is blocking moving forward and getting housed in these areas.

This is my complaint and my grievance.

I have called to speak to you more than 3 times. The receptionist, Erin, Deidre and Claire have given me everyone else instead of you. I have requested to speak to your COO Bryan Dysert,

S. A.W – 4

and I have been rerouted to a voiceless voicemail messaging system by both Deidre and the

receptionist.  Told by them you are out of the office or they do not have your schedule.


As I told Bryan yesterday, its cold out here at night in my car with a dog, and I am trying to get

housed immediately. The temperature this past week ranged between 32'-48' at night to 60-80'

during the day.


Please respond immediately.  I have 4 more appointment showing for homes and I'm trying to

get housed immediately in Whitestown, Zionsville, Noblesville, Westfield, and Carmel.


Thank you,

Sherry Ann Wiley

419-239-5203

11-2-23

Aaron, Front Desk came UP to Room 331 and could smell a smell coming from Ac Vents, Please move Rooms ON the date of 11-3-23

11:52

Aaron willis

* Home 2 Suites, Whitestown, Indiana. On this night, (Last Night) A pungent Chemical scent came from the A/c Unit. This is the 2nd room I've moved to. I requested to be moved Again. They agreed (Aaron) to put me in another room today. / S.A.W.
I Asked him to write + sign this. /SAW