UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHERRY ANN WILEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-01986-RLY-KMB ) |
| DEPARTMENT OF VETERANS AFFAIRS *et al.*, | ) ) ) ) |
| Defendants. | ) |

# FINAL JUDGMENT

Today, the court dismissed this action. In doing so, the court resolved all the outstanding issues in the case. Consequently, the court now issues final judgment in favor of the Defendants and against the Plaintiff.

**IT IS SO ORDERED** this 8th day of January 2024.

Roger A.G. Sharpe, Clerk

BY: ___Jina M. Doyle___
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Mail to:

Sherry Ann Wiley
4522 Maplecrest Road, #376
Fort Wayne, Indiana 46835

1